**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTERA ENERGY, INC., JAMES ROBO, ERIC SILAGY and DAVID P. REUTER,<br><br>Defendants. | Case No. 9:23-cv-80833-AMC<br><br><u>CLASS ACTION</u> |

**MOTION OF RETIREMENT FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF**
**<u>AND APPROVAL OF THEIR SELECTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, before the Honorable Aileen M. Cannon, at the United States District Court for the Southern District of Florida, Alto Lee Adams, Sr. United States Courthouse, located at 101 South U.S. Highway 1, Chambers 4044, Fort Pierce, Florida, the City of Hollywood Police Officers' Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund (collectively, the "Retirement Funds") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for the entry of an Order (i) appointing the Retirement Funds as Lead Plaintiff and (ii) approving their selection of Block & Leviton LLP as Lead Counsel and Edelsberg Law, P.A. as Liaison Counsel for the putative Class.

This Motion is made on the grounds that the Retirement Funds believes they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the Retirement Funds believes that they have the "largest financial interest" in the

relief sought by the Class in this action by virtue of, among other things, the combined losses they sustained of approximately $114,547.10 on a LIFO basis on their purchases of shares of NextEra Energy, Inc. stock between December 2, 2021, and February 1, 2023. The Retirement Funds also believe they otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Chris Gold, the exhibits annexed thereto, the prior pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Retirement Funds respectfully requests that the Court (i) appoint Retirement Funds as Lead Plaintiff and (ii) approve their selection of Block & Leviton as Lead Counsel and Edelsberg Law as Liaison Counsel for the Class.

## CERTIFICATE REGARDING GOOD FAITH CONFERENCE

Pursuant to Local Civil Rule 7.1(a)(3), counsel for the Retirement Funds state that they were not able to confer with counsel for the opposing movants prior to filing the instant motion. The statutory framework of the PSLRA requires all motions seeking Lead Plaintiff appointment to be filed within 60 days of the publication of the notice of pendency of the action. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). No such motions were filed meaningfully in advance of Retirement Funds' motion, and it was not possible to confer with counsel for the other movants to determine whether the instant motion would be opposed or to attempt to resolve the issues raised by the motion.

Dated: July 25, 2023

Respectfully submitted,

*/s/ Chris Gold*
Chris Gold, Esq.
Florida Bar No. 088733
chris@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
(786) 673-2405 phone

Scott Edelsberg, Esq.
Florida Bar No. 0108039
scott@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
(305) 975-3320 phone

*Liaison Counsel for Movant Retirement Funds
and Proposed Liaison Counsel for the Class*

**BLOCK & LEVITON LLP**
Jeffrey C. Block, Esq. (*pro hac vice*)
Jacob Walker, Esq. (*pro hac vice*)
Brendan Jarboe, Esq. (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
jeff@blockleviton.com
jake@blockleviton.com

3

brendan@blockleviton.com
(617) 398-5600 phone
(617) 507-6020 fax

*Counsel for Movant Retirement Funds and
Proposed Lead Counsel for the Class*

**KLAUSNER, KAUFMAN, JENSEN &
LEVINSON, P.A.**
Robert D. Klausner
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Movant Retirement
Funds*

## CERTIFICATE OF SERVICE

I hereby certify that on this on the 25th day of July, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Chris Gold*
Chris Gold