**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTERA ENERGY, INC., JAMES ROBO, ERIC SILAGY and DAVID P. REUTER,<br><br>Defendants. | Case No. 9:23-cv-80833-AMC<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING RETIREMENT FUNDS AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF COUNSEL**

Having considered the City of Hollywood Police Officers' Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund's (collectively, the "Retirement Funds") Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), the Retirement Funds are appointed as Lead Plaintiff; and

3. Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, the Court approves of the Retirement Funds' selection of Block & Leviton LLP as lead counsel ("Lead Counsel") and Edelsberg Law, P.A. as Liaison Counsel.

4. Lead Counsel shall have the following responsibilities and duties, to be carried out personally or through counsel whom Lead Counsel shall designate:

    a. to coordinate the briefing and argument of motions;

1

b.   to coordinate the conduct of discovery proceedings;

c.   to coordinate the examination of witnesses in depositions;

d.   to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

e.   to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f.   to coordinate all settlement negotiations with counsel for Defendants;

g.   to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

h.   to supervise any other matters concerning the prosecution, resolution, or settlement of this action.

5.  No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

6.  Counsel in any related action that is consolidated with this Action shall be bound by this organization of Plaintiffs' counsel.

7.  Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

8.  Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, shall serve as the spokespersons for plaintiff's counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

9.  During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such

2

as data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE