**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEXTERA ENERGY, INC., JAMES ROBO, ERIC SILAGY and DAVID P. REUTER, <br><br> Defendants. | Case No. 9:23-cv-80833-AMC <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF CHRIS GOLD IN SUPPORT OF**
**THE MOTION OF THE RETIREMENT FUNDS FOR APPOINTMENT**
**<u>AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL</u>**

I, Chris Gold, hereby declare as follows:

1. I am a member in good standing of the bars of the State of Florida and of this Court. I am a partner at the law firm of Edelsberg Law, P.A. ("Edelsberg Law"). I make this declaration in support of the Motion filed by the City of Hollywood Police Officers' Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund (collectively, the "Retirement Funds") for an order (i) appointing Retirement Funds as Lead Plaintiff and (ii) approving their selection of Block & Leviton LLP ("Block & Leviton") as Lead Counsel and Edelsberg Law, P.A. ("Edelsberg Law") as Liaison Counsel for the Class.

2. Attached as Exhibits A through E are true and correct copies of the following:

EXHIBIT A: the May 26, 2023 press release issued by Block & Leviton LLP announcing the filing of the above-captioned class action against the above-referenced defendants, announcing a class period of December 2, 2021, to February 1, 2023, and noticing that the filing date for appointment as Lead Plaintiff is July 25, 2023.

EXHIBIT B: Joint Declaration of the Retirement Funds;

1

EXHIBIT C: PSLRA Certifications of the individual members of the Retirement Funds;

EXHIBIT D: Retirement Funds' Loss Charts;

EXHIBIT E: Block & Leviton LLP's Firm Résumé;

EXHIBIT F: Edelsberg Law, P.A. Firm Résumé.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of July, 2023.

*/s/ Chris Gold*
Chris Gold
Florida Bar No. 088733
chris@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
(786) 673-2405