# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTERA ENERGY, INC., JAMES ROBO, ERIC SILAGY and DAVID P. REUTER,<br><br>Defendants. | Case No. 9:23-cv-80833-AMC<br><br>CLASS ACTION |

**JOINT DECLARATION OF DAVID STRAUSS AND JAMES FISHER IN SUPPORT OF THE MOTION OF THE CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM AND PEMBROKE PINES FIREFIGHTERS AND POLICE OFFICERS PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL <u>OF</u> THEIR SELECTION OF COUNSEL**

We, David Strauss and James Fisher, pursuant to 28 U.S.C. §1746, declare as follows:

1. We, together on behalf the Board of Trustees of City of Hollywood Police Officers' Retirement System ("Hollywood Police") and the Pembroke Pines Firefighters & Police Officers Pension Fund ("Pembroke Pines F&P") (collectively, the "Retirement Funds"), respectfully submit this joint declaration ("Joint Declaration") in support of our motion for: (i) appointment as Lead Plaintiff in the above-captioned action (the "Action") against NextEra Energy, Inc. ("NEE" or the "Company"), and certain of the Company's officers (collectively, the "Defendants"); and (ii) approval of our selection of Block & Leviton LLP ("Block & Leviton") as Lead Counsel.

2. The Retirement Funds fully understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We each have personal knowledge about the information contained in this Joint Declaration relating to the respective

i

funds with which we are associated. We also understand that each of us could have chosen to pursue individual actions, made a motion for the appointment as Lead Plaintiff individually, or could have taken no action and remained absent putative class members. However, the Retirement Funds have decided to move for Lead Plaintiff in this case jointly because we feel strongly that joining our collective resources will be in the best interest of the Class, specifically because the Retirement Funds consist of two sophisticated institutional investors that have prior experience working together.

3.      The Retirement Funds understand that to fulfill the fiduciary duties and obligations of a Lead Plaintiff, we must ensure that this Action is prosecuted vigorously and efficiently on behalf of the entire Class. Further, in seeking to be appointed Lead Plaintiff in this Action, we understand that we are subject to the jurisdiction of this Court and will be bound by all rulings, orders, and judgments of the Court.

4.      I, David Strauss, in my capacity as the Chairman of Hollywood Police, am authorized to make this declaration on its behalf. Hollywood Police is a public pension system organized for the benefit of current and retired police officers and their beneficiaries in the City of Hollywood, Florida. Hollywood Police has approximately 710 members and retirees and approximately $349.6 million in assets under management as of October 1, 2022.

5.      As detailed in the papers accompanying our Lead Plaintiff motion, Hollywood Police has suffered a significant loss in its investments in NextEra Energy common stock purchased during the Class Period. As reflected in its certification and the Lead Plaintiff motion, Hollywood Police purchased 19,492 shares of NextEra Energy common stock during the Class Period and suffered a loss of $48,575.30 as a result of the violations of the federal securities laws alleged in the Action.

6.      I, James Fisher, in my capacity as the Administrator of Pembroke Pines F&P, am authorized to make this declaration on its behalf. Pembroke Pines F&P is a public pension system organized for the benefit of current and retired firefighters and police officers and their beneficiaries in the City of Pembroke Pines, Florida. Pembroke Pines F&P has approximately 800

1

active members and retirees and approximately $830.2 million in assets under management as of March 31, 2023.

7.     As detailed in the papers accompanying our Lead Plaintiff motion, Pembroke Pines F&P suffered a significant loss in its investments in NextEra Energy common stock purchased during the Class Period. As reflected in its certification and the Lead Plaintiff motion, Pembroke Pines F&P purchased 28,139 shares of NextEra Energy common stock during the Class Period and suffered a loss of $65,971.80 as a result of the violations of the federal securities law alleged in the Action.

8.      The Retirement Funds are sophisticated institutional investors that understand that this case is governed by the PSLRA and understand and accept the responsibilities and fiduciary obligations that they will assume under the PSLRA if appointed as Lead Plaintiff. The Retirement Funds' understanding of the PSLRA's requirements is informed by, among other things, their pre-existing relationship in jointly serving as court-appointed Lead Plaintiffs under the PSLRA in prior securities fraud class actions. *See City of Hollywood Police Officers' Retirement System v. Henry Schein, Inc., et al.,* No. 2:19-cv-05530 (E.D.N.Y.); *In re HD Supply Holdings, Inc. Sec. Litig.*, No. 1:17- cv-02587 (N.D. Ga.).

9.     Additionally, Hollywood Police and Pembroke Pines F&P have maintained a longstanding professional relationship predating this litigation. In addition to the previously referenced actions, both funds are members of the Florida Public Pension Trustees Association ("FPPTA"), and the National Conference on Public Employee Retirement Systems ("NCPERS") and have participated in conferences hosted by NCPERS.

10.     The Retirement Funds believe that the prosecution of this case should be led by sophisticated investors with substantial resources and significant financial stakes in the claims

2

asserted in the litigation to ensure the Action is litigated as vigorously and efficiently as possible on behalf of the Class. The Retirement Funds are sophisticated institutional investors with experienced professional staff and ample resources to ensure effective oversight of this litigation. Collectively, we manage over $1 billion in assets and serve as fiduciaries to thousands of beneficiaries. The Retirement Funds are also highly incentivized and motivated to recover the substantial losses suffered as a result of Defendants' alleged violations of the federal securities laws and are committed to actively directing this litigation and maximizing the recovery for the Class, having suffered aggregate losses of approximately $114,547.10 on our Class Period purchases of NextEra Energy common stock.

11.     In light of Retirement Funds mutual interest in ensuring that this Action is led by sophisticated institutional investors committed to achieving the largest possible recovery for the Class, both Hollywood Police and Pembroke Pines F&P reviewed materials provided by its counsel, Block & Leviton, addressing the merits of the claims filed against Defendants as well as Block & Leviton's experience prosecuting similar securities fraud class actions. After evaluating this information and due consideration, both Hollywood Police and Pembroke Pines F&P determined to jointly seek appointment as Lead Plaintiff and jointly prosecute this case, as such a structure would allow for the sharing of experiences and resources, and produce the best result for the Class, and thereafter selected Block & Leviton as its proposed Lead Counsel.

12.     We understand that we owe a duty to all members of the proposed Class to provide fair and adequate representation. We intend to work together and with our chosen counsel, Block & Leviton, to protect the interests of all Class members, and to vigorously prosecute the claims brought forth in the Action on behalf of the Class.

13.     We do not foresee any problems communicating with one another or staying abreast of the progress of this litigation. Indeed, as part of our effort to formalize our leadership, and our commitment to jointly prosecute the Action against Defendants, before seeking appointment as Lead Plaintiff, the Retirement Funds convened a conference call with our chosen counsel, Block & Leviton, to discuss, among other things: the facts and the merits of the claims against Defendants; our interest in serving jointly as Lead Plaintiff; our intended strategy for prosecuting this Action; the benefits that sophisticated institutional investors serving as Lead Plaintiff may provide to the Class; and ensuring that the Class's claims will be efficiently and zealously prosecuted by our oversight of our proposed Lead Counsel. We believe that institutional investors serving as Lead Plaintiff will have a positive effect on the quality of the representation provided to absent Class members.

14.     Additionally, we discussed a Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to supervise the prosecution of the case to ensure that the Action is prosecuted efficiently. Through supervision of proposed Lead Counsel, we will function collectively and ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner, without unreasonable expense or cost. In order to achieve this result, we plan on consulting with each other and with counsel regarding the prosecution of this lawsuit via telephone and email on a regular basis. We also understand that some of these meetings may need to be conducted without counsel. To this end, we each have exchanged contact information for one another, and are able to call each other with and without counsel as needed, including on an emergency basis if circumstances arise requiring such urgent communications, thus ensuring that the Retirement Funds are able to make timely and well-considered decisions. We are confident in our ability to

4

reach joint decisions regarding litigation matters and will use consensus decision-making to maximize the recovery for the class.

15.     The Retirement Funds are committed to taking an active role in supervising the prosecution of this Action. While we intend to seek the benefit of counsel's advice, we understand that the final decision-making authority belongs to us. We intend to communicate with counsel— and with each other separately from our counsel—as often as necessary to discuss major litigation developments and to ensure the vigorous and efficient prosecution of this Action. To this end, we have instructed Block & Leviton to provide us with regular updates on the progress of the litigation. We recognize that developments in the Action may require more frequent updates and have instructed counsel to provide updates as frequently as necessary.

16.     The Retirement Funds understand that if appointed Lead Plaintiff, we will be responsible for making important litigation decisions and directing counsel with respect to this litigation. To discharge these duties, we will continue to obtain and review periodic status reports on the progress of the litigation, produce documents, answer interrogatories, sit for depositions if needed during discovery, and provide testimony if needed at trial. We are also prepared to personally travel to court proceedings, depositions, settlement mediations, and hearings when our presence will be of benefit to the Class. We will provide input into litigation strategies, and major litigation decisions, including whether to settle the litigation, and if so, for what amount. These decisions are entirely dependent on our approval.

17.     In conclusion, the Retirement Funds agree to take full responsibility for providing fair and adequate representation and overseeing our proposed Lead Counsel. We understand that if appointed Lead Plaintiff, we would both owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with Lead Counsel to obtain the

5

largest possible recovery for the putative class consistent with good faith and vigorous advocacy. Based on communications to date, the Retirement Funds do not anticipate that any disagreements between the funds will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary obligations to the Class. We are, and will continue to be, committed to the zealous prosecution of this case and ensuring that the Class receives the optimal outcome from this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of July, 2023

City of Hollywood Police Officers'
Retirement System


_____
David Strauss, Chairman

6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this <sup>24th</sup>day of July, 2023

Pembroke Pines Firefighters & Police Officers
Pension Fund

_____
James Fisher, Administrator

7