# EXHIBIT C

**Certification Pursuant to Federal Securities Laws**

I, David Strauss, on behalf of the City of Hollywood Police Officers' Retirement System ("Hollywood Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of the Hollywood Police. I have reviewed a complaint filed in this matter. Hollywood Police has authorized the filing of this motion for appointment as joint lead plaintiff.

2. Hollywood Police did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Hollywood Police is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Hollywood Police fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Hollywood Police's transactions in the NextEra Energy, Inc. securities that are the subject of this action are set forth in the chart attached hereto as Exhibit 1.

5. Hollywood Police has sought to serve as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   - *City of Hollywood Police Officers Retirement System v. Citrix Systems, Inc.,* 21-cv-62380 (S.D. Fla.)

6. Hollywood Police will not accept payment for serving as a representative party on behalf of a class beyond Hollywood Police's pro rata share of any recovery, except as ordered or approved by the Courtin accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 21, 2023

_____
David Strauss, Chairman
*City of Hollywood Police Officers' Retirement System*

# Exhibit 1

**City of Hollywood Police Officers' Retirement System
Transactions in NextEra Energy, Inc.**

| Date | Transaction | Quantity | Price |
|------|-------------|---------:|------:|
| 3/2/22 | Bought | 14,031 | 76.88 |
| 3/15/22 | Bought | 4,458 | 80.91 |
| 5/4/22 | Bought | 1,003 | 71.64 |

## Certification Pursuant to Federal Securities Laws

I, James Fisher, on behalf of the Pembroke Pines Firefighters & Police Officers Pension Fund ("Pembroke Pines F&P"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Administrator of Pembroke Pines F&P. I have reviewed a complaint filed in this matter. Pembroke Pines F&P has authorized the filing of this motion for appointment as joint lead plaintiff.

2. Pembroke Pines F&P did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Pembroke Pines F&P is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Pembroke Pines F&P fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Pembroke Pines F&P's transactions in the NextEra Energy, Inc. securities that are the subject of this action are set forth in the chart attached hereto as Exhibit 1.

5. Pembroke Pines F&P has sought to serve as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   - *In re Citigroup Securities Litigation*, No. 20-cv-09132 (S.D.N.Y.)
   - *Faille Jr. v. AdaptHealth Corp. et al.*, No. 21-cv-03382 (E.D. Pa.)
   - *Pembroke Pines Firefighters & Police Officers Pension Fund v. Abbott Laboratories*, No. 22-cv-4661 (N.D. Ill.)

6. Pembroke Pines F&P will not accept payment for serving as a representative party on behalf of a class beyond Pembroke Pines F&P's pro rata share of any recovery, except as ordered or approved by the Courtin accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 24, 2023 _____

_____
James Fisher, Administrator
*Pembroke Pines Firefighters & Police Officers
Pension Fund*

# Exhibit 1

**Pembroke Pines Firefighters & Police Officers Pension Fund
Transactions in NextEra Energy, Inc.**

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 3/2/22 | Bought | 21,748 | 76.88 |
| 3/15/22 | Bought | 5,144 | 80.91 |
| 5/4/22 | Bought | 1,247 | 71.64 |