# EXHIBIT D

## City of Hollywood Police Officers' Retirement System
## NextEra Energy, Inc. - LIFO Loss Analysis

| Shares | Purchase | | | Sale | | | Total Gain/Loss |
|---|---|---|---|---|---|---|---|
| | Date | Price Per Share | Total | Date | Price Per Share | Total | |
| 14,031 | 3/2/22 | $ 76.88 | $ 1,078,703.28 | Lookback* | $ 75.04 | $ 1,052,886.24 | $ (25,817.04) |
| 4,458 | 3/15/22 | $ 80.91 | $ 360,696.78 | Lookback* | $ 75.04 | $ 334,528.32 | $ (26,168.46) |
| 1,003 | 5/4/22 | $ 71.64 | $ 71,854.92 | Lookback* | $ 75.04 | $ 75,265.12 | $ 3,410.20 |
| 19,492 | | | $ 1,511,254.98 | | | $ 1,462,679.68 | $ (48,575.30) |

* Average closing price between February 2, 2023 and May 3, 2023

## Pembroke Pines Pension Fund for Fire Fighters and Police Officers
## NextEra Energy, Inc. - LIFO Loss Analysis

| Shares | | Purchase | | | | Sale | | | | Total Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Price Per Share | | Total | Date | Price Per Share | | Total | | |
| 21,748 | 3/2/22 | $ | 76.88 | $ 1,671,986.24 | Lookback* | $ | 75.04 | $ 1,631,969.92 | $ | (40,016.32) |
| 5,144 | 3/15/22 | $ | 80.91 | $ 416,201.04 | Lookback* | $ | 75.04 | $ 386,005.76 | $ | (30,195.28) |
| 1,247 | 5/4/22 | $ | 71.64 | $ 89,335.08 | Lookback* | $ | 75.04 | $ 93,574.88 | $ | 4,239.80 |
| 28,139 | | | | $ 2,177,522.36 | | | | $ 2,111,550.56 | $ | (65,971.80) |

* Average closing price between February 2, 2023 and May 3, 2023