**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 9:23-cv-80833-AMC

MAHA JASTRAM, Individually and On
Behalf of All Others Similarly Situated,

                               Plaintiff,

    vs.

NEXTERA ENERGY, INC., JAMES ROBO,
ERIC SILAGY and DAVID P. REUTER,

                               Defendants.

**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT MARVIN
MAY'S MOTION TO APPOINT LEAD PLAINTIFF AND
<u>APPROVE SELECTION OF COUNSEL</u>**

Laurence M. Rosen, hereby declares under penalty of perjury:

1.     I am an attorney duly licensed to practice in the State of Florida and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., Proposed Lead Counsel for Lead Plaintiff Movant Marvin May ("Movant"). I make this Declaration in support of the motion by Movant for appointment as Lead Plaintiff and for approval of selection of The Rosen Law Firm, P.A. as Lead Counsel. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice issued notifying investors of the pendency of this Action.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Movant's PSLRA Certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing Movant's financial interest.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: July 25, 2023.

/s/Laurence M. Rosen
Laurence M. Rosen

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen

3