# Exhibit 3

**NextEra Energy, Inc. Loss Chart**
**between December 2, 2021 and February 1, 2023**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 75.64612903 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marvin May | 1/5/2022 | 100 | ($90.28) | ($9,028.00) | | | | | | | | |
| | 1/31/2023 1 NEE 11/17/23 95 Call | | ($0.95) | ($95.00) | | | | | | | | |
| | | 100 | | ($9,123.00) | | | | | 100 | $7,564.61 | ($1,558.39) | |