UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-80833-Civ-CANNON/REINHART

| | |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated, | ) CLASS ACTION |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| NEXTERA ENERGY, INC, et al., | ) ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER GRANTING JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

4859-3610-0466.v1

Case No. 9:23-80833-Civ-CANNON/REINHART

Having considered Jackson County Employees' Retirement System's (the "Retirement System") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.       The Motion is GRANTED.

2.       The file in Case No. 9:23-80833-Civ-CANNON/REINHART shall be the master file for the action.  All securities class actions on behalf of purchasers or acquirers of NextEra Energy, Inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.  This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.       The Retirement System is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.       The Retirement System's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)       the briefing and argument of any and all motions;

(b)       the conduct of any and all discovery proceedings including depositions;

(c)       settlement negotiations;

(d)       the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

- 1 -

4859-3610-0466.v1

- 2 -

Case No. 9:23-80833-Civ-CANNON/REINHART

      (e)     the preparation and filing of all pleadings; and

      (f)     the supervision of all other matters concerning the prosecution or resolution of the action.

      IT IS SO ORDERED.

DATED:  _____     _____

                                                    THE HONORABLE AILEEN M. CANNON
                                                    UNITED STATES DISTRICT JUDGE

4859-3610-0466.v1