UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-80833-Civ-CANNON/REINHART

| | | |
|---|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| NEXTERA ENERGY, INC, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| | ) | |

**DECLARATION OF PAUL J. GELLER IN SUPPORT OF PROPOSED LEAD PLAINTIFF JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

4861-5970-9042.v1

Case No. 9:23-80833-Civ-CANNON/REINHART

I, Paul J. Geller, declare, under penalty of perjury:

1.      I am an attorney duly licensed to practice before the courts of the State of Florida and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff Jackson County Employees' Retirement System (the "Retirement System").  I submit this declaration in support of the Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of the notice published in *Globe Newswire* on May 26, 2023.

3.      Attached hereto as Exhibit B is a true and accurate copy of the Retirement System's Certification.

4.      Attached hereto as Exhibit C is a true and accurate copy of the Retirement System's estimate of losses, prepared by counsel.

DATED:  July 25, 2023

s/ Paul J. Geller
PAUL J. GELLER

- 1 -

4861-5970-9042.v1