# EXHIBIT C

Movant's Purchases and Losses Case 9:23-cv-80833-AMC Document 28-3 Entered on FLSD Docket 07/25/2023 Page 2 of 2 NextEra Energy

Class Period: 12/02/2021 - 02/01/2023

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Jackson County Employees' Retirement System (pfd stock-6.219%) | 08/26/2022 | 21,035 | $54.40 | $1,144,335.55 | held | 21,035 | $48.26 | $1,015,150.66 | |
| **Movant's Total** | | **21,035** | | **$1,144,335.55** | | **21,035** | | **$1,015,150.66** | **($129,184.89)** |

*For pfd stocks held at the end of the class period, losses are calculated by multiplying the pfd stocks held by the average pfd stock price
 during the 90 calendar days after the end of the class period.  The price used is $48.26 as of May 02, 2023 for pfd stock.

Price listed is rounded to two decimal places.