UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTERA ENERGY, INC., JAMES ROBO, ERIC SILAGY and DAVID P. REUTER,<br><br>Defendants. | Case No. 9:23-cv-80833-AMC |

**DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF MOTION
OF RICHARD BARCELONA FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

I, Jayne A. Goldstein, hereby declare as follows:

1.      I am an attorney with Miller Shah LLP ("Miller Shah"), counsel on behalf of Richard Barcelona ("Barcelona"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Barcelona's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel, and Miller Shah as Liaison Counsel, for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Damages analysis reflecting Barcelona's financial interest in the Action;

Exhibit B:    Press release published over *Globe Newswire* on May 26, 2023, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Barcelona;

Exhibit D:    Declaration executed by Barcelona;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of Miller Shah.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 25, 2023.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein

1