# EXHIBIT A

**NextEra Energy, Inc. (NEE)**
**Class Period: December 2, 2021 to February 1, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

90-Days*
Mean Price
$75.6461

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | | | | | | | | | | | |
| Account 1 | 1/26/2022 | 5,000.00 | $75.82 | ($379,100) | | | | | | | |
| Account 1 | 3/11/2022 | 10.62 | $80.07 | ($850) | | | | | | | |
| Account 1 | 3/11/2022 | 15.92 | $80.07 | ($1,275) | | | | | | | |
| Account 1 | 6/13/2022 | 11.66 | $73.31 | ($855) | | | | | | | |
| Account 1 | 6/13/2022 | 17.48 | $73.31 | ($1,282) | | | | | | | |
| Account 1 | 9/13/2022 | 9.56 | $89.87 | ($859) | | | | | | | |
| Account 1 | 9/13/2022 | 14.34 | $89.88 | ($1,289) | | | | | | | |
| Account 1 | 11/9/2022 | 87.00 | $78.83 | ($6,858) | | | | | | | |
| Account 1 | 12/13/2022 | 25.23 | $87.04 | ($2,196) | | | | | | | |
| Account 1 | 1/25/2023 | 1,000.00 | $77.50 | ($77,500) | | | | | | | |
| **Account 1** | | **6,191.81** | | **($472,064)** | | **0** | | **$0** | **6,191.81** | **$468,387** | **($3,677)** |
| Account 2 | | | | | | | | | | | |
| Account 2 | 12/13/2021 | 3.10 | $91.21 | ($282) | | | | | | | |
| Account 2 | 3/11/2022 | 3.91 | $80.06 | ($313) | | | | | | | |
| Account 2 | 6/13/2022 | 4.29 | $73.31 | ($315) | | | | | | | |
| Account 2 | 9/13/2022 | 3.52 | $89.87 | ($317) | | | | | | | |
| Account 2 | 12/13/2022 | 3.65 | $87.03 | ($318) | | | | | | | |
| **Account 2** | | **18.48** | | **($1,545)** | | **0** | | **$0** | **18.48** | **$1,398** | **($147)** |
| Account 3 | | | | | | | | | | | |
| Account 3 | 12/13/2021 | 0.95 | $91.25 | ($86) | | | | | | | |
| Account 3 | 3/11/2022 | 1.20 | $80.08 | ($96) | | | | | | | |
| Account 3 | 6/13/2022 | 1.31 | $73.32 | ($96) | | | | | | | |
| Account 3 | 9/13/2022 | 1.08 | $89.92 | ($97) | | | | | | | |
| Account 3 | 12/13/2022 | 1.12 | $87.03 | ($97) | | | | | | | |
| **Account 3** | | **5.65** | | **($472)** | | **0** | | **$0** | **5.65** | **$427** | **($45)** |
| **Richard Barcelona** | | **6,215.94** | | **($474,081)** | | **0** | | **$0** | **6,215.94** | **$470,211** | **($3,869)** |

Avg Closing Prices from February 2, 2023 to May 2, 2023
Fractional shares rounded to 2 decimal places
Prices rounded to 2 decimal places