# EXHIBIT B

 GlobeNewswire
by notified

NEWSROOM      SERVICES ⌄      CONTACT US      FRANÇAIS      SIGN IN       REGISTER

🔍

 BLOCK & LEVITON LLP

# NextEra Energy Sued By Block & Leviton LLP for Securities Law Violations

May 26, 2023 16:04 ET| Source: Block & Leviton LLP       Follow

f
🐦
in
✉
⊞
…

BOSTON, May 26, 2023 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against NextEra Energy, Inc. (NYSE: NEE) and certain of its executives, for securities fraud. The complaint was brought in United States District Court for the Southern District of Florida and is captioned *Jastram v. NextEra Energy, Inc.*, *et al.*, No. 9:23-cv-80833 (S.D. Fla.) and is brought on behalf of investors that incurred damages on their purchases in NextEra Energy, Inc. securities between December 2, 2021 and February 1, 2023, inclusive.

A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased NextEra Energy, Inc. shares between December 2, 2021 and February 1, 2023 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or to visit our website for information on the case.

The deadline to seek appointment as lead plaintiff is July 25, 2023.

**What is this all about?**

Beginning in December 2021, media outlets, including the Orlando Sentinel and Miami Herald, began reporting that FPL and political consulting firm, Matrix LLC had potentially violated state and federal campaign finance laws by using a network of nonprofits to steer funding to



improperly courted public officials with job offers while bidding to privatize certain public utilities, and FPL executives knowingly approved of Matrix's dirty tricks to benefit the Company.

For more than a year, FPL denied these allegations, while executives and top corporate officers at NextEra falsely claimed that the alleged political misconduct orchestrated by FPL did not expose the Company to any meaningful legal or reputational risk based on an internal investigation. NextEra later acknowledged the opposite when FPL President and CEO Eric Silagy abruptly resigned, and the Company included a new risk disclosure in its SEC filings explicitly addressing the issue on January 25, 2023.

On this news, NEE's stock dropped $7.31 per share, or about 8.7%, representing a loss of approximately $15 billion in market capitalization on unusually high trading volume on January 25, 2023.

NextEra Energy stock continued to drop over the next several trading days, until, on January 31, 2023, the Florida Times Union reported that NextEra executives disclosed that Silagy's exit agreement included a multi-year "claw back on compensation for any legal wrongdoing" tacitly acknowledging the link between Silagy's departure and the new risk disclosure statement.

If you purchased or acquired NextEra Energy, Inc. shares between December 2, 2021 and February 1, 2023 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is July 25, 2023.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP

260 Franklin St., Suite 1860