**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated, | Case No. 9:23-cv-80833-AMC |
| Plaintiff, | |
| v. | CLASS ACTION |
| NEXTERA ENERGY, INC., JAMES ROBO, ERIC SILAGY and DAVID P. REUTER, | |
| Defendants. | |

**DECLARATION OF JEFFREY C. BLOCK IN FURTHER SUPPORT OF**
**THE FLORIDA RETIREMENT FUNDS' MOTION FOR APPOINTMENT**

I, Jeffrey C. Block, hereby declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court. I am a partner at Block & Leviton LLP, and counsel for Plaintiff Maha Jastram as well as the City of Hollywood Police Officers' Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund (collectively, the "Florida Retirement Funds"), who have moved to be appointed as lead plaintiff of this Action. I make this declaration in connection with the contemporaneously filed revised certifications submitted by the Florida Retirement Funds.

2. Attached as Exhibit A is the revised certification signed by the City of Hollywood Police Officers' Retirement System.

3. Attached as Exhibit B is the revised certification signed by the Pembroke Pines Firefighters & Police Officers Pension Fund.

4. Attached as Exhibit C is the revised loss estimate of the City of Hollywood Police Officers' Retirement System.

5. Attached as Exhibit D is the revised loss estimate of the Pembroke Pines Firefighters & Police Officers Pension Fund.

6. The revised certifications include transactions that were inadvertently omitted from their initial certification filed on July 25, 2023, or incorrectly stated thereon. *See* ECF No. 25. The search query submitted to pull relevant securities transactions failed to return correct results with respect to all appropriate accounts. The oversight was made in good faith and does not change the Florida Retirement Funds relative position with respect to the various pending motions for Lead Plaintiff in this action.

7. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of August, 2023.

/s/ Jeffrey C. Block
Jeffrey C. Block, *pro hac vice*
jeff@blockleviton.com
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 398-5600