# Exhibit A

**Revised Certification Pursuant to**
**Federal Securities Laws**

I, David Strauss, on behalf of the City of Hollywood Police Officers' Retirement System ("Hollywood Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of the Hollywood Police. I have reviewed a complaint filed in this matter. Hollywood Police has authorized the filing of this motion for appointment as joint lead plaintiff.

2. Hollywood Police did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Hollywood Police is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Hollywood Police fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Hollywood Police's transactions in the NextEra Energy, Inc. securities that are the subject of this action are set forth in the chart attached hereto as Exhibit 1. Following the discovery of a technical error, this certification contains additional and updated information from the certification filed on July 25, 2023 (ECF No. 25-6).

5. Hollywood Police has sought to serve as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   - *City of Hollywood Police Officers Retirement System v. Citrix Systems, Inc.,* 21-cv-62380 (S.D. Fla.)

6. Hollywood Police will not accept payment for serving as a representative party on behalf of a class beyond Hollywood Police's pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 08-08-2023

_____
David Strauss, Chairman
*City of Hollywood Police Officers' Retirement System*

{00241558.DOCX;1}

# Exhibit 1

{00241558.DOCX;1}

**City of Hollywood Police Officers' Retirement System**
**Transactions in NextEra Energy, Inc.**

| Date | Transaction | Shares | Price Per Share |
|---|---|---|---|
| 2/22/22 | Sales | 5908 | $ 73.6345 |
| 2/28/22 | Purchases | 1245 | $ 77.6920 |
| 3/1/22 | Purchases | 10 | $ 77.7900 |
| 3/2/22 | Purchases | 20228 | $ 76.8628 |
| 3/15/22 | Purchases | 4458 | $ 80.8940 |
| 4/20/22 | Sales | 1415 | $ 81.7665 |
| 5/4/22 | Purchases | 1003 | $ 71.5900 |
| 7/6/22 | Sales | 2 | $ 78.9318 |
| 12/7/22 | Purchases | 1102 | $ 84.9369 |
| 2/1/23 | Sales | 330 | $ 73.7882 |
| 2/1/23 | Sales | 210 | $ 73.8414 |
| 3/3/23 | Sales | 4782 | $ 72.4935 |

{00241558.DOCX;1}