# Exhibit C

**LIFO Loss Chart Report**

|  |  | Class Period Beginning: 12/02/2021 |
|---|---|---|
| Hollywood (NEE) |  | Class Period End: 02/01/2023 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis |  | Lookback Period Beginning: 02/02/2023 |
| Security: 65339F101 |  | Lookback Period End: 05/03/2023 |
| Class Period: December 02,2021 - February 01,2023 |  | Days in Lookback Period: 90 |
| Currency: USD |  | Lookback Period Average Adjusted Closing Price: 75.04 |

**Pre-Class Period Holdings : 0.0000**

### 1A. Pre-Class Period Holdings Sold Through End of Class Period

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1A. Total** |  | **0.0000** |  |  |  |  | **0.0000** |  | **0.00** | **0.00** |  |

### 1B. Pre-Class Period Holdings Sold During Lookback Period

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Total** |  | **0.0000** |  |  |  |  | **0.0000** |  | **0.00** | **0.00** |  |

### 1C. Pre-Class Period Holdings Held at the End of Lookback Period

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Total** |  | **0.0000** |  |  |  |  |  |  |  | **0.0000** |  |

### 2A. ClassPeriod Purchases Sold Prior to End of Class Period

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/15/2022 | 1,415.0000 | 80.89 | 114,459.35 | Sale | 04/20/2022 | 1,415.0000 | 81.77 | 115,704.54 | 0.0000 | 1,245.19 |
| Purchase | 05/04/2022 | 2.0000 | 71.59 | 143.18 | Sale | 07/06/2022 | 2.0000 | 78.93 | 157.86 | 0.0000 | 14.68 |
| Purchase | 12/07/2022 | 330.0000 | 84.94 | 28,030.20 | Sale | 02/01/2023 | 330.0000 | 73.79 | 24,350.70 | 0.0000 | (3,679.49) |
| Purchase | 12/07/2022 | 210.0000 | 84.94 | 17,837.39 | Sale | 02/01/2023 | 210.0000 | 73.84 | 15,506.40 | 0.0000 | (2,330.99) |
| **2A. Total** |  | **1,957.0000** |  | **160,470.13** |  |  | **1,957.0000** |  | **155,719.50** | **0.00** | **(4,750.62)** |

### 2.B ClassPeriod Purchases Sold During Lookback Period

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/07/2022 | 562.0000 | 84.94 | 47,736.28 | Sale | 03/03/2023 | 562.0000 | 74.15 | 41,673.10 | 0.0000 | (6,063.17) |
| Purchase | 05/04/2022 | 1,001.0000 | 71.59 | 71,661.59 | Sale | 03/03/2023 | 1,001.0000 | 74.15 | 74,225.58 | 0.0000 | 2,563.98 |
| Purchase | 03/15/2022 | 3,043.0000 | 80.89 | 246,148.27 | Sale | 03/03/2023 | 3,043.0000 | 74.15 | 225,642.79 | 0.0000 | (20,505.47) |
| Purchase | 03/02/2022 | 176.0000 | 76.86 | 13,527.36 | Sale | 03/03/2023 | 176.0000 | 74.15 | 13,050.65 | 0.0000 | (476.70) |
| **2B. Total** |  | **4,782.0000** |  | **379,073.50** |  |  | **4,782.0000** |  | **354,592.13** | **0.00** | **(24,481.36)** |

### 2.C ClassPeriod Purchases Held at the End of Lookback Period

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/02/2022 | 20,052.0000 | 76.86 | 1,541,196.72 |  |  |  |  |  | 20,052.0000 | (36,494.63) |
| Purchase | 03/01/2022 | 10.0000 | 77.79 | 777.90 |  |  |  |  |  | 10.0000 | (27.50) |
| Purchase | 02/28/2022 | 1,245.0000 | 77.69 | 96,724.05 |  |  |  |  |  | 1,245.0000 | (3,299.24) |
| **2C. Total** |  | **21,307.0000** |  | **1,638,698.67** |  |  | **0.000** |  | **$0.00** | **21,307.0000** | **(39,821.38)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 28,046.0000 | | 2,178,242.30 | | | 6,739.0000 | | 510,311.64 | 21,307.0000 | (69,053.37) |
| Grand Total | | 28,046.0000 | | 2,178,242.30 | | | 6,739.0000 | | 510,311.64 | 21,307.0000 | |
| Total LIFO Gain(Loss) | | | | | | | | | | | (69,053.37) |

**Loss Methodology:**
1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg. Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.