# Exhibit D

| | |
|---|---|
| | Class Period Beginning: 12/02/2021 |
| Pembroke (NEE) | Class Period End: 02/01/2023 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 02/02/2023 |
| Security: 65339F101 | Lookback Period End: 05/03/2023 |
| Class Period: December 02,2021 - February 01,2023 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Adjusted Closing Price: 75.04 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0.0000 | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 05/04/2022 | 1,247.0000 | 71.59 | 89,272.73 | Sale | 12/02/2022 | 1,247.0000 | 84.59 | 105,483.73 | 0.0000 | 16,211.00 |
| Purchase | 03/15/2022 | 345.0000 | 80.89 | 27,907.05 | Sale | 12/02/2022 | 345.0000 | 84.59 | 29,183.55 | 0.0000 | 1,276.50 |
| **2A. Total** | | 1,592.0000 | | 117,179.78 | | | 1,592.0000 | | 134,667.28 | 0.00 | 17,487.50 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | 0.0000 | | 0.00 | | | 0.0000 | | 0.00 | 0.00 | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/15/2022 | 4,799.0000 | 80.89 | 388,191.11 | | | | | | 4,799.0000 | (28,074.14) |
| Purchase | 03/02/2022 | 23,340.0000 | 76.86 | 1,793,912.40 | | | | | | 23,340.0000 | (42,478.79) |
| | | | | | | | | | | | |
| **2C. Total** | | **28,139.0000** | | **2,182,103.51** | | | **0.000** | | **$0.00** | **28,139.0000** | **(70,552.94)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/03/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 29,731.0000 | | 2,299,283.28 | | | 1,592.0000 | | 134,667.28 | 28,139.0000 | (53,065.44) |
| Grand Total | | 29,731.0000 | | 2,299,283.29 | | | 1,592.0000 | | 134,667.28 | 28,139.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(53,065.44)** |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.