| | |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEXTERA ENERGY, INC., JAMES ROBO, ERIC SILAGY and DAVID P. REUTER, <br><br> Defendants. | Case No. 9:23-cv-80833-AMC <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF
THE FLORIDA RETIREMENT FUNDS' OPPOSITION TO JACKSON COUNTY
EMPLOYEES' RETIREMENT SYSTEM'S AND RICHARD BARCELONA'S MOTIONS
<u>FOR APPOINTMENT AS LEAD PLAINTIFF</u>**

I, Jeffrey C. Block, hereby declare as follows:

1.      I am an attorney admitted *pro hac vice* to practice before this Court. I am a partner at Block & Leviton LLP ("Block & Leviton"), and counsel for Plaintiff Maha Jastram as well as the City of Hollywood Police Officers' Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund (collectively, the "Florida Retirement Funds"), who have moved to be appointed as lead plaintiff of this Action. I make this declaration in support of the Opposition to Jackson County Employees' Retirement System's and Richard Barcelona's Motions for Appointment as Lead Plaintiff (the "Opposition"), filed on August 8, 2023, by the Florida Retirement Funds.

2.      Attached as Exhibits A through D are true and correct copies of the following:

EXHIBIT A: The transcript of the hearing on appointment of lead plaintiff held in *Zirkin v. Quanta Cap. Holdings, Ltd.*, No. 1:07-cv-00851 (S.D.N.Y.) on May 7, 2007.

EXHIBIT B: An excerpt from the transcript of the hearing on appointment of lead plaintiff held in *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK), (S.D.N.Y.) on May 21, 2004.

EXHIBIT C: The transcript of the hearing on appointment of lead plaintiff held in *In re Fannie Mae Matters*. No. 08-cv-7831 (S.D.N.Y.) on February 13, 2009.

EXHIBIT D: A filing made by NextEra with the U.S. Securities and Exchange Commission ("SEC") on form 25-NSE, along with EX-99.25 thereto, on September 1, 2022, noticing the removal of NextEra's 4.872% preferred shares from trading.

3.      Between January 24, 2023, and February 1, 2023, NextEra Energy Inc.'s ("NextEra") common stock fell $9.54, or 11.5%, from an adjusted close of $82.83 on January 24, 2023, to $73.29 on February 1, 2023. NextEra common stock fell 8.7% on January 25, 2023, alone ($7.22).

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Feb 01, 2023 | 74.62 | 75.04 | 73.34 | 74.24 | 73.29 | 15,188,700 |
| Jan 31, 2023 | 74.54 | 74.83 | 73.35 | 74.63 | 73.68 | 19,020,400 |
| Jan 30, 2023 | 75.36 | 76.35 | 74.89 | 75.05 | 74.09 | 10,669,600 |
| Jan 27, 2023 | 76.07 | 76.40 | 75.51 | 75.58 | 74.62 | 13,243,200 |
| Jan 26, 2023 | 75.10 | 77.45 | 74.80 | 76.40 | 75.43 | 18,508,700 |
| Jan 25, 2023 | 80.53 | 80.99 | 75.90 | 76.59 | 75.61 | 28,527,400 |
| Jan 24, 2023 | 82.79 | 84.20 | 80.28 | 83.90 | 82.83 | 6,652,300 |

Source: YAHOO!FINANCE, *NextEra Energy Inc. (NEE) Historical Data*, (last accessed Aug. 4, 2023),https://finance.yahoo.com/quote/NEE/history?period1=1674518400&period2=1675296000&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true

4.      NextEra's public float consists of 2.01 billion shares of common stock, trading on an average volume of 7.59 million. *See* MARKETWATCH, *NEE Overview,* (last accessed Aug. 4, 2023), https://www.marketwatch.com/investing/stock/nee?mod=search_symbol.

5.      Between January 24, 2023, and February 1, 2023, NextEra's Series Q 6.219% preferred shares ("NEE-PQ") fell $2.98, or 5.9%, from $50.78 on January 24, 2023, to $47.80 on

February 1, 2023. 4.9% of this decline took place on January 25, 2023 ($2.50). Movant Jackson County suffered the entirety of its losses during the class period on NEE-PQ, and has not reported owning any other class of NextEra securities as of the corrective disclosure dates (January 25, 2023 through February 1, 2023).

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Feb 01, 2023 | 48.49 | 48.49 | 47.53 | 47.80 | 47.80 | 97,377 |
| Jan 31, 2023 | 47.98 | 47.98 | 47.45 | 47.89 | 47.89 | 604,990 |
| Jan 30, 2023 | 48.33 | 48.51 | 47.95 | 48.07 | 48.07 | 775,471 |
| Jan 27, 2023 | 47.51 | 48.70 | 47.51 | 48.31 | 48.31 | 284,009 |
| Jan 26, 2023 | 48.50 | 48.65 | 47.89 | 48.37 | 48.37 | 258,964 |
| Jan 25, 2023 | 50.75 | 50.75 | 48.19 | 48.28 | 48.28 | 266,744 |
| Jan 24, 2023 | 50.08 | 50.78 | 50.08 | 50.78 | 50.78 | 228,965 |

Source: YAHOO!FINANCE, *NextEra Energy, Inc. (NEE-PQ) Historical Data*, (last accessed Aug. 4, 2023),https://finance.yahoo.com/quote/NEE-PQ/history?period1=1674518400&period2=1675296000&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true

6.      There are 40 million outstanding shares of NEE-PQ, which trade on an average volume of 338,230 shares. MARKETWATCH, *NEE.PRQ Overview,* (last accessed Aug. 4, 2023), https://www.marketwatch.com/investing/stock/nee.prq?mod=search_symbol.

7.      Between January 24, 2023, and February 1, 2023, NextEra's Series R 6.926% preferred shares ("NEE-PR") fell $3.36, or 6.5%, from $51.36 on January 24, 2023, to $48 on February 1, 2023. 4.8% of this decline ($2.46) took place on January 25, 2023.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Feb 01, 2023 | 48.09 | 48.09 | 47.60 | 48.00 | 48.00 | 293,825 |
| Jan 31, 2023 | 48.17 | 48.17 | 47.54 | 47.95 | 47.95 | 1,140,568 |
| Jan 30, 2023 | 48.58 | 48.73 | 47.55 | 48.21 | 48.21 | 309,751 |
| Jan 27, 2023 | 49.40 | 49.40 | 48.37 | 48.38 | 48.38 | 1,336,066 |
| Jan 26, 2023 | 50.28 | 50.28 | 48.27 | 49.19 | 49.19 | 550,027 |
| Jan 25, 2023 | 50.88 | 50.88 | 48.24 | 48.90 | 48.90 | 1,454,090 |
| Jan 24, 2023 | 50.73 | 51.43 | 50.40 | 51.36 | 51.36 | 110,210 |

Source: Yahoo!Finance, *NextEra Energy, Inc. (NEE-PR) Historical Data*, (last accessed Aug. 4, 2023),https://finance.yahoo.com/quote/NEE-PR/history?period1=1674518400&period2=1675296000&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true

8. There are 40 million outstanding shares of NEE-PR, which trade on an average volume of 272,050 shares. MARKETWATCH, *NEE.PRR Overview,* (last accessed Aug. 4, 2023), https://www.marketwatch.com/investing/stock/nee.prr?mod=search_symbol.

9. NextEra's 5.279% preferred shares ("NEE 5.279") are no longer trading, although they were available during the class period. Between January 24, 2023, and February 1, 2023, NEE 5.279 preferred shares fell $0.59, or 1.2%. NEE 5.279 fell $0.76 on January 25, 2023, or 1.5%. There were 50,000,000 NEE 5.279 shares outstanding during the class period.

| Date | Last Price |
|------|-----------|
| 2/1/2023 | $49.90 |
| 1/31/2023 | $49.99 |
| 1/30/2023 | $49.84 |
| 1/27/2023 | $49.79 |
| 1/26/2023 | $49.83 |
| 1/25/2023 | $49.73 |
| 1/24/2023 | $50.49 |

10. Based on the stock declines and outstanding shares described above, the following chart summarizes the total market capitalization hits for NextEra's common stock and each class of preferred stock from January 24, 2023, to February 1, 2023:

DECLARATION OF JEFFREY C. BLOCK
CASE NO. 9:23-CV-80833-AMC

| NextEra Security | Per Share Decline 1/25/2023 | Total Decline 1/25/2023 | Per Share Decline 1/24/2023 through 2/2/2023 | Total Decline 1/24/2023 through 2/2/2023 |
|---|---|---|---|---|
| NextEra Common Stock | $7.22 | $14.51 Billion | $9.54 | $19.18 Billion |
| NEE-PQ | $2.50 | $100 Million | $2.98 | $119.2 Million |
| NEE-PR | $2.46 | $98 Million | $3.36 | $134.4 Million |
| NEE 5.279 | $0.76 | $38 Million | $0.59 | $29.5 Million |

11. In preparing the Opposition, Block & Leviton conducted a search for cases in which holders of preferred securities moved for appointment as lead plaintiff in cases also involving common stock. We did not find any case in which a movant who held *only* preferred shares was appointed as the sole lead plaintiff of a class whose losses were primarily suffered on common stock. I am not otherwise aware of any case in which a movant who solely held preferred shares was appointed to lead a class made up primarily of common shareholders.

12. Block & Leviton also conducted a search of analyst reports during the class period to determine the extent to which analysts discussed NextEra's preferred shares in their reports. Block & Leviton found one substantive mention of preferred shares, in a July 22, 2022 Scotiabank note discussing short seller activity related to the upcoming mandatory conversion/expiration of the NextEra preferred 4.872% shares occurring on September 1, 2022. By contrast, analysts covering NextEra routinely spoke in terms of NextEra's common stock and set price targets for common stock.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of August, 2023.

/s/ Jeffrey C. Block
Jeffrey C. Block, *pro hac vice*
jeff@blockleviton.com
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 398-5600