UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-CIV-80833-CANNON

MAHA JASTRAM, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

NEXTERA ENERGY, INC., JAMES
ROBO, ERIC SILAGY, and DAVID P.
REUTER,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS'
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
OPPOSE DEFENDANTS' MOTION TO DISMISS**

**THIS CAUSE** comes before the Court on Lead Plaintiffs City of Hollywood Police Officers Retirement System and Pembroke Pines Firefighters & Police Officers Pension Fund (collectively the "Retirement Funds" or "Lead Plaintiffs") instant Motion regarding the filing of a Lead Plaintiffs' Opposition to Defendants' forthcoming Motion to Dismiss. It is hereby

**ORDERED AND ADJUDGED as follows**:

1. Lead Plaintiffs' Unopposed Motion for Enlargement of Time to Oppose Defendants' Motion to Dismiss [ECF No. __] is hereby **GRANTED**;

2. Lead Plaintiffs shall file an opposition to any motion to dismiss within 28 days of any Motion to Dismiss filed by Defendants;

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this __th day of_____, 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**