UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MAHA JASTRAM, Individually and on
Behalf of All Others Similarly Situated,

  Plaintiff(s),

v.

NEXTERA ENERGY, INC., FLORIDA
POWER & LIGHT COMPANY, JAMES
ROBO, ERIC SILAGY, and DAVID P.
REUTER,

     Defendants.

_____/

CASE NO. 23-CIV-80833-CANNON

**DECLARATION OF AUDRA J. SOLOWAY IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS**

I, Audra J. Soloway, declare as follows, under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, a law firm with its principal office at 1285 Avenue of the Americas, New York, New York 10019-6064, and counsel for Defendants NextEra Energy, Inc., ("NextEra" or "NEE"), Florida Power and Light Company ("FPL"), James Robo, Eric Silagy, and David P. Reuter. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Lead Plaintiffs' Second Amended Class Action Complaint.

2. Attached as Exhibit A is a true and correct copy of the news article published by the *Orlando Sentinel* on December 2, 2021, titled: *Florida Power & Light execs worked closely with consultants behind 'ghost' candidate scheme, records reveal*

and cited at paragraphs 4, 6, 91, 146, 247, 327 of the Second Amended Class Action Complaint ("SAC").

3. Attached as Exhibit B is a true and correct copy of the news article published by the *Orlando Sentinel* on June 24, 2022 titled: *Consultants for FPL covertly monitored journalist after critical coverage* and cited at paragraph 41 of the SAC.

4. Attached as Exhibit C is a true and correct copy of a transcript of a September 7, 2022 Company Conference Presentation by Terrell Kirk Crews, NextEra's Executive Vice President of Finance and Chief Financial Officer, as published by S&P Global Market Intelligence Estimates.

5. Attached as Exhibit D is a true and correct copy of the Complaint Citizens for Responsibility and Ethics in Washington filed with the Federal Election Commission on October 27, 2022, cited at paragraph 201 of the SAC.

6. Attached as Exhibit E is a true and correct copy of a transcript of NextEra's Q3 2022 earnings call held on October 28, 2022, as published by S&P Global Market Intelligence Estimates.

7. Attached as Exhibit F is a true and correct copy of excerpts of NextEra's Q3 2022 Form 10-Q, filed with the Securities and Exchange Commission ("SEC") on November 3, 2022.

8. Attached as Exhibit G is a true and correct excerpted copy of NextEra's historical share price data, as published on NextEra's website at https://www.investor.nexteraenergy.com/stock-information/historical-price-lookup.

9. Attached as Exhibit H is a true and correct copy of Exhibit 99 to NextEra's Form 8-K, filed with the SEC on January 25, 2023.

10.  Attached as Exhibit I is a true and correct copy of the analyst report published by Bank of America Global Research on January 26, 2023, and cited at paragraphs 10 and 299 of the SAC.

11.  Attached as Exhibit J is a true and correct copy of NextEra's Form 8-K, filed with the SEC on January 25, 2023, and cited in paragraphs 8, 269, 282–284, and 322 of the SAC.

12.  Attached as Exhibit K is a true and correct copy of NextEra's Form 8-K and its accompanying Exhibit 10, filed with the SEC on January 25, 2023, and cited in paragraphs 270, 272, 282, and 286 of the SAC.

13.  Attached as Exhibit L is a true and correct copy of a transcript of NextEra's Q4 2022 earnings call held on January 25, 2023, as published by S&P Global Market Intelligence Estimates and cited in paragraph 321 of the SAC.

14.  Attached as Exhibit M is a true and correct copy of an analyst report published by Bank of America Global Research on January 30, 2023, and cited in paragraphs 275 and 323 of the SAC.

15.  Attached as Exhibit N is a true and correct copy of a news article published by the *Florida Times-Union* on January 31, 2023, titled: *FPL CEO's exit agreement includes claw back if 'legal wrongdoing' is found, investment analysts say* and cited in paragraphs 11, 275, 303, and 304 of the SAC.

16.  Attached as Exhibit O is a true and correct copy of a Form 4 filed with the SEC by James Robo on February 1, 2022.

17.  Attached as Exhibit P is a true and correct copy of a Form 4 filed with the SEC by James Robo on February 22, 2022.

18. Attached as Exhibit Q is a true and correct copy of a Form 4 filed with the SEC by James Robo on March 10, 2022.

19. Attached as Exhibit R is a true and correct copy of a Form 4 filed with the SEC by Eric Silagy on December 2, 2021.

20. Attached as Exhibit S is a true and correct copy of a Form 4 filed with the SEC by Eric Silagy on February 22, 2022.

21. Attached as Exhibit T is a true and correct copy of a Form 4 filed with the SEC by Eric Silagy on June 3, 2022.

22. Attached as Exhibit U is a true and correct copy of a news article published by the *Florida Times-Union* on June 24, 2022, titled: *Unsettling,' 'un-American': FPL consultant obtained personal information, surveillance photo of journalist Nate Monroe* and cited in paragraph 264 of the SAC.

23. Attached as Exhibit V is a true and correct copy of excerpts of NextEra's FY 2022 Form 10-K, filed with the SEC on February 17, 2023.

24. Attached as Exhibit W is a true and correct copy of excerpts of NextEra's Q2 2022 Form 10-Q, filed with the SEC on July 27, 2022.

25. Attached as Exhibit X is a true and correct copy of excerpts of NextEra's Q1 2022 Form 10-Q, filed with the SEC on April 22, 2022.

26. Attached as Exhibit Y is a true and correct copy of excerpts of NextEra's FY 2021 Form 10-K, filed with the SEC on February 18, 2022.

27. Attached as Exhibit Z is a true and correct copy of an analyst report published by Evercore ISI on January 25, 2023 and cited in paragraphs 274 and 294 of the SAC.

Executed: New York, New York
January 12, 2024

**Audra J. Soloway**
Audra J. Soloway