# EXHIBIT O

SEC Form 4

FORM 4

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**1. Name and Address of Reporting Person**[*]
ROBO JAMES L
(Last)       (First)       (Middle)
C/O NEXTERA ENERGY, INC.
700 UNIVERSE BLVD
(Street)
JUNO BEACH        FL        33408
(City)       (State)       (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
NEXTERA ENERGY INC [ NEE ]

**3. Date of Earliest Transaction (Month/Day/Year)**
01/31/2022

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)
X Director       10% Owner
X Officer (give title below)     X Other (specify below)
Chairman, President & CEO / Director of Sub

**6. Individual or Joint/Group Filing** (Check Applicable Line)
X Form filed by One Reporting Person
  Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 01/31/2022 | | P | | 64,691 | A | $77.264[1] | 1,209,774[2][3] | D | |
| Common Stock | | | | | | | | 430,528 | I | James L. Robo Gifting Trust |
| Common Stock | | | | | | | | 108,960 | I | By Spouse |
| Common Stock | | | | | | | | 294,200 | I | Spouse's Gifting Trust |
| Common Stock | | | | | | | | 125,168 | I | 2018 Spouse's Gifting Trust |
| Common Stock | | | | | | | | 309,256[4] | I | By Rabbi Trust |
| Common Stock | | | | | | | | 19,804[5] | I | By Retirement Savings Plan Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) Amount or | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  |  |  |  | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Number of Shares | Transaction(s) (Instr. 4) |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Explanation of Responses:**

1. Weighted average purchase price. Reporting person purchased 64,691 shares through a trade order executed by a broker-dealer at prices ranging from $77.04 to $77.57 per share. The reporting person hereby undertakes to provide full information regarding the number of shares purchased at each separate price upon request by the U.S. Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer.

2. Includes a total of 199,760 shares deferred pursuant to the terms of a deferred stock grant under Issuer's Amended and Restated 2011 Long Term Incentive Plan (the "Deferred Shares Grant"), including 2,766 deferred shares deemed acquired pursuant to a dividend reinvestment feature under the Deferred Shares Grant since the last report filed by the reporting person. Under the terms of the Deferred Shares Grant, shares are distributable in stock at the end of the deferral period.

3. Includes a total of 918,985 shares deferred until reporting person's termination of employment with the Issuer and its subsidiaries, including an aggregate of 13,092 deferred shares deemed acquired pursuant to a dividend reinvestment feature since the last report filed by the Reporting Person.

4. Deferred shares held by Trustee of grantor trust in which reporting person has a pecuniary interest only. Includes an aggregate of 4,292 shares acquired by the Trustee pursuant to a dividend reinvestment feature of the deferred shares grant since the last report filed by the reporting person.

5. As of January 28, 2022.

| W. Scott Seeley (Attorney-in-Fact) | 02/01/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**