**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

NEXTERA ENERGY, INC., FLORIDA POWER & LIGHT COMPANY, JAMES ROBO, ERIC SILAGY and DAVID P. REUTER,

Defendants.

Case No. 9:23-cv-80833-AMC

CLASS ACTION

---

**DECLARATION OF CHRIS GOLD IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Chris Gold, hereby declare as follows:

1. I am a member in good standing of the bars of the State of Florida and of this Court. I am a partner at the law firm of Edelsberg Law, P.A. I make this declaration in support of the contemporaneously filed Opposition to Defendants' Motion to Dismiss the Second Amended Complaint filed by Lead Plaintiffs the City of Hollywood Police Officers' Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund (collectively the "Retirement Funds").

2. Attached hereto as Exhibit A, for the convenience of the Court, is a true and correct side-by-side reproduction of, in the first column, the text in the section titled "Item 5. Other Information" found on page 57 of NEE's Form 10-Q filed on November 2, 2022 (ECF No. 83-7 at 57), and, in the second column, the relevant portions of the two Form 8-Ks filed January 25, 2023 (ECF Nos. 83-11 at 3 and 83-12 at 2) and the text of the clawback provision of Defendant Silagy's Severance Agreement (ECF No. 68 at ¶287).

DECLARATION OF CHRIS GOLD
CASE NO. 9:23-CV-80833-CANNON

1

3.      I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of February, 2024.

*/s/ Chris Gold*
Chris Gold
Florida Bar No. 088733
chris@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
(786) 673-2405

DECLARATION OF CHRIS GOLD
CASE NO. 9:23-CV-80833-CANNON