# EXHIBIT A

| Nov. 3, 2022 10-Q | January 25, 2023 8-Ks |
|---|---|

**Nov. 3, 2022 10-Q**

"**Item 5. Other Information** (c) Media articles have been published that allege, among other things, campaign finance violations by FPL and certain of its executives. In addition, on October 27, 2022, a complaint referencing these media articles was filed with the Federal Election Commission (FEC) by a non-profit corporation alleging certain violations of the Federal Election Campaign Act by various entities and individuals named as respondents in the complaint. While the complaint does not expressly name FPL or any of its executives as respondents, the complaint identifies FPL as an alleged source of funds to certain Super PACs identified in the complaint.

NEE has engaged outside counsel to conduct a review of potential state and federal campaign finance violations, including the allegations raised in the media articles and the FEC complaint. The review is ongoing and NEE and FPL cannot predict, as of the date of this report, the outcome of the review. These allegations could also result in regulatory, investigative and enforcement inquiries by law enforcement or other governmental authorities and any ultimate findings of violations could result in the imposition of fines, penalties or other sanctions or impacts on NEE or FPL."

ECF No. 83-7 at 57.

**January 25, 2023 8-Ks**

"**Item 7.01 Regulation FD Disclosure**. NextEra Energy, Inc. (NEE or we) and Florida Power & Light Company (FPL) are furnishing the following statement to be made by the Chairman, President and Chief Executive Officer of NEE during NEE's webcast report on its fourth-quarter and full-year 2022 financial results on the date of this report:

As a reminder, we reported last quarter that we were reviewing allegations of Florida state and federal campaign finance law violations raised in media articles and a related complaint filed in October 2022 with the Federal Election Commission. Our review of information reasonably available to us is now substantially complete. Regarding the Florida allegations, based on information in our possession, we believe that FPL would not be found liable for any of the Florida campaign finance law violations as alleged in the media articles. With respect to the FEC complaint, you may recall that it was filed by a special interest group and primarily relies on media articles to allege certain violations of the Federal Election Campaign Act by various parties, including, by implication, FPL. The FEC process is a confidential, civil administrative process, with an investigation only commencing if the FEC votes to do so, which decision likely will not occur until late this year. We plan to file our response seeking dismissal of the complaint in the next few weeks and do not believe it is appropriate for a complaint such as this to move forward. The total amount of contributions referenced in the complaint is less than $1.3 million and we do not expect that allegations of federal campaign finance law violations taken as a whole would be material to us.

* * *

Item 8.01 Other Events (b) The following risk factor is filed herewith:

**Allegations of violations of law by FPL or NEE have the potential to result in fines, penalties, or other sanctions or effects, as well as cause reputational damage for FPL and NEE, and could hamper FPL's**

**and NEE's effectiveness in interacting with governmental authorities**

FPL's and NEE's business and reputation could be adversely affected by allegations that FPL or NEE has violated laws, by any investigations or proceedings that arise from such allegations, or by ultimate determinations of legal violations. For example, media articles have been published that allege, among other things, Florida state and federal campaign finance law violations by FPL. These articles are referenced in a complaint subsequently filed with the Federal Election Commission (FEC) that alleges certain violations of the Federal Election Campaign Act. FPL and NEE cannot guarantee that the FEC complaint process will not ultimately result in a finding that FPL or NEE violated federal campaign finance or other laws, that applicable federal or state governmental authorities may not investigate or take enforcement actions with respect to the allegations or assert that legal violations by FPL or NEE have occurred, or that violations may not ultimately be found by a court of competent jurisdiction or other authorities to have occurred.

In addition, notwithstanding the completion or pendency of any internal review or investigation by FPL or NEE of any allegations of legal violations, including of the allegations regarding campaign finance laws set forth in the media articles or FEC complaint, FPL and NEE cannot provide assurance that any of the foregoing will not result in the imposition of material fines, penalties, or otherwise result in other sanctions or effects on FPL or NEE, or will not have a material adverse impact on the reputation of NEE or FPL or on the effectiveness of their interactions with governmental regulators or other authorities."

ECF No. 83-11 at 3 (emphasis in original).

2

| N/A | "On January 23, 2023, Eric Silagy, Chairman, President, and Chief Executive Officer of Florida Power & Light Company (FPL) and a named executive officer of NextEra Energy, Inc. (NEE), notified FPL and NEE of his intention to retire, effective May 15, 2023, with Mr. Silagy transitioning to the position of Vice President-Transition of FPL effective February 15, 2023.<br><br>* * *<br><br>Mr. Silagy and NEE have entered into a confirmation of post-retirement covenants agreement, dated as of January 23, 2023 (the Agreement), regarding Mr. Silagy's retirement from FPL and NEE. The Agreement provides that Mr. Silagy will retire effective May 15, 2023, with Mr. Silagy transitioning from his current roles as Chairman, President and Chief Executive Officer of FPL to the position of Vice President-Transition of FPL effective February 15, 2023. The Compensation Committee of the Board of Directors of NEE exercised its discretion to make the determination that it is in the best interests of the Company to enter into the Agreement. Pursuant to the Agreement, subject to Mr. Silagy's execution of a release of claims in favor of NEE, Mr. Silagy will receive an annual incentive award payout for 2022 calculated in accordance with NEE's annual incentive plan and, consistent with the terms of Mr. Silagy's equity awards upon a normal retirement at least at age 55 with at least 10 years of service (which Mr. Silagy has met), a pro rata portion of Mr. Silagy's outstanding performance share, restricted share and stock option awards will continue to remain outstanding and vest after his retirement in accordance with their terms, subject to the achievement of NEE's performance objectives, if applicable. . . . The payments and benefits under the Agreement are subject to forfeiture and recoupment in certain circumstances, including if Mr. Silagy violates the post-employment restrictive covenants or upon the occurrence of specified events, as defined in the Agreement."<br><br>ECN No. 83-12 at 2. |
| --- | --- |

| | |
|---|---|
| N/A | "Repayment; Forfeiture; Clawback . . . (i) your conviction of a felony in violation of state or federal laws, or your plea of guilty or nolo contendere to any such felony, in each case based on any actions or omissions in which you engaged during your employment with the Company Group or for which you were responsible during your employment; (ii) your admission to facts that would constitute a felony in violation of state or federal laws in connection with a deferred prosecution agreement, non-prosecution agreement, or other similar agreement based on any actions or omissions, during your tenure as President and Chief Executive Officer of FPL; or (iii) the conviction of a felony in violation of state or federal laws, or the admission to facts that would constitute a felony in violation of state or federal laws in connection with a deferred prosecution agreement, non-prosecution agreement, or other similar agreement, by any member of the Company Group that is an entity (i.e., excluding employees that are deemed to be affiliates) based on any actions or omissions, during your tenure as President and Chief Executive Officer of FPL, (x) in which you participated, (y) of which you had actual knowledge, or (z) of which you recklessly or willfully failed to have actual knowledge." <br><br> ECF No. 68 at ¶287. |