**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

MAHA JASTRAM, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff(s),                           **CASE NO. 23-CIV-80833-CANNON**

                 v.

NEXTERA ENERGY, INC., FLORIDA
POWER & LIGHT COMPANY, JAMES
ROBO, ERIC SILAGY, and DAVID P.
REUTER,

    Defendants.

_____/

**SUPPLEMENTAL DECLARATION OF AUDRA J. SOLOWAY IN SUPPORT OF
DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT
OF DEFENDANTS' MOTION TO DISMISS**

I, Audra J. Soloway, declare as follows, under the penalty of perjury, pursuant to
28 U.S.C. § 1746:

1.      I am a partner of Paul, Weiss, Rifkind, Wharton & Garrison LLP, a law
firm with its principal office at 1285 Avenue of the Americas, New York, New York
10019-6064, and counsel for Defendants NextEra Energy, Inc., ("NextEra" or "NEE"),
Florida Power & Light Company ("FPL"), James Robo, Eric Silagy, and David P. Reuter.
I respectfully submit this Declaration in support of Defendants' Reply Memorandum of
Law in Further Support of Defendants' Motion to Dismiss Lead Plaintiffs' Second
Amended Class Action Complaint.

2.      Attached as Supplemental Exhibit A is a true and correct copy of the news
article published by the *Florida Times-Union* on December 10, 2021, titled: *Amid JEA
sale frenzy, Jacksonville City Council member receives job offer* and cited at paragraph
256 of the Second Amended Class Action Complaint ("SAC").

CASE NO. 23-CIV-80833-CANNON

3.      Attached as Supplemental Exhibit B is a true and correct copy of the news

article published by the *Orlando Sentinel* on December 10, 2021, titled: *Operatives*

*working for FPL arranged job offer to opponent of Jacksonville utility sale, records show*

and cited at paragraph 256 of the SAC.

Executed:  New York, New York
             February 23, 2024

                                                          **Audra J. Soloway**
                                                          Audra J. Soloway

2