**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

MAHA JASTRAM, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff(s),

           v.

NEXTERA ENERGY, INC., FLORIDA
POWER & LIGHT COMPANY, JAMES
ROBO, ERIC SILAGY, and DAVID P.
REUTER,

    Defendants.

_____/

**CASE NO. 23-CIV-80833-CANNON**

### DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Evidence 201, Defendants NextEra Energy, Inc. ("NEE"), Florida Power & Light Company ("FPL"), James Robo, Eric Silagy, and David P. Reuter respectfully request that this Court take judicial notice of NEE's March 12, 2024 press release, entitled "Federal Election Commission votes to close file on complaint alleging campaign finance violations," attached as Exhibit 1 to the accompanying Declaration of Audra J. Soloway. In support, Defendants state as follows.

### ARGUMENT

"The court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(2). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." FED. R. EVID. 201(c)(2). "It is well-settled that the Court may take judicial notice of the public record, without converting the motion

to dismiss to a motion for summary judgment." *Spechler* v. *Tobin*, 591 F. Supp. 2d 1350, 1357 (S.D. Fla. 2008), *aff'd,* 327 F. App'x 870 (11th Cir. 2009) (citations omitted).

Defendants request judicial notice of NEE's March 12, 2024 press release disclosing that the Federal Election Commission ("FEC") notified FPL of its decision "to close its file" regarding the complaint filed with the FEC by non-profit organization Citizens for Responsibility and Ethics in Washington ("CREW"), alleging violations of certain sections of the Federal Election Campaign Act of 1971 and identifying FPL as an alleged source of funds to certain Super PACs identified in the complaint ("FEC Complaint").  Soloway Decl. Ex. 1.  The Second Amended Complaint in this action cites the FEC Complaint and the FEC's review of that complaint at Paragraphs 18, 201–11, 273, 284, and 322.  *See* ECF No. 68 ¶¶ 18, 201–211, 273, 284, 322.  The parties reference the FEC Complaint (or "CREW Complaint") in their briefing concerning the pending Motion to Dismiss as follows:  ECF No. 83 (Motion to Dismiss at pages 5–7, 21–23); ECF No. 85 (Opposition to Motion to Dismiss at 1–2, 22); ECF No. 90 (Reply Brief at 11–12).

Courts routinely take notice of a press release issued by a company for the limited purpose of noting the existence of its message.  *See, e.g.*, *Patagonia, Inc.* v. *Worn Out, LLC*, No. 22-cv-23858-BLOOM/Otazo-Reyes, 2023 WL 3172530, at *6 (S.D. Fla. May 1, 2023) (taking judicial notice of press releases); *First Glob. Corp.* v. *Mansiana Ocean Residences, LLC*, No. 09-21092-CIV, 2010 WL 2163756, at *3 n.3 (S.D. Fla. May 27, 2010) (same).  Likewise, here, the existence of NEE's March 12, 2024 press release cannot reasonably be disputed; its contents "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(2).

## **CONCLUSION**

For these reasons, Defendants therefore request that the Court, in accord with Eleventh

Circuit law, take judicial notice of NEE's March 12, 2024 press release annexed as Exhibit 1 to the Soloway Declaration.

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

I hereby certify that Defendants' counsel conferred with Plaintiffs' counsel in good faith regarding the relief sought in this motion.  Plaintiffs' counsel indicated by email on March 28, 2024, that Plaintiffs object to Defendants' request for judicial notice.

Date: March 28, 2024

Respectfully submitted,

**Jordi Martinez-Cid**

Jordi C. Martínez-Cid
Florida Bar No. 100566
Andy Hernández
Florida Bar No. 1018581

## Martínez-Cid Law

1 S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: 305-704-9162
Email: jmartinez-cid@martinez-cidlaw.com
Email: ahernandez@martinez-cidlaw.com
Email: service@martinez-cidlaw.com

Daniel J. Kramer
New York Bar No. 1979392
(admitted *pro hac vice*)
Audra. J. Soloway
New York Bar No. 4113536
(admitted *pro hac vice*)
Joshua Hill, Jr.
New York Bar No. 4297826
(admitted *pro hac vice*)
David P. Friedman
New York Bar No. 5387774
(admitted *pro hac vice*)

**Paul, Weiss, Rifkind, Wharton
& Garrison LLP**

3

1285 Avenue of the Americas
New York, New York 10019-6031
Telephone: 212-373-3000
Email: dkramer@paulweiss.com
Email: asoloway@paulweiss.com
Email: jhill@paulweiss.com
Email: dfriedman@paulweiss.com

*Counsel for NextEra Energy, Inc., Florida Power & Light Company, James Robo, Eric Silagy, and David P. Reuter*