**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

MAHA JASTRAM, Individually and on
Behalf of All Others Similarly Situated,

   Plaintiff(s),                                 **CASE NO. 23-CIV-80833-CANNON**

                v.

NEXTERA ENERGY, INC., FLORIDA
POWER & LIGHT COMPANY, JAMES
ROBO, ERIC SILAGY, and DAVID P.
REUTER,

   Defendants.

_____/

**DECLARATION OF AUDRA J. SOLOWAY IN SUPPORT OF DEFENDANTS'**
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS**

     I, Audra J. Soloway, declare as follows, under the penalty of perjury, pursuant to

28 U.S.C. § 1746:

     1.     I am a partner of Paul, Weiss, Rifkind, Wharton & Garrison LLP, a law

firm with its principal office at 1285 Avenue of the Americas, New York, New York

10019-6064, and counsel for Defendants NextEra Energy, Inc. ("NEE"), Florida Power &

Light Company, James Robo, Eric Silagy, and David P. Reuter.  I respectfully submit this

Declaration in support of Defendants' Request for Judicial  Notice in Support of

Defendants' Motion to Dismiss Lead Plaintiffs' Second Amended Class Action Complaint.

     2.     Attached as Exhibit 1 is a true and correct copy of NEE's March

12, 2024 press release, entitled "Federal Election Commission votes to close file on

complaint alleging campaign finance violations."

CASE NO. 23-CIV-80833-CANNON

Executed:  New York, New York
                     March 28, 2024


                                                        *Audra J. Soloway*
                                                        Audra J. Soloway