# EXHIBIT 1

Case 9:23-cv-80833-AMC Document 91-2 Entered on FLSD Docket 03/28/2024 Page 2 of 3



**Newsroom**

# Federal Election Commission votes to close file on complaint alleging campaign finance violations

**Mar 12, 2024**

JUNO BEACH, Fla., March 12, 2024 /**PRNewswire**/ -- The Federal Election Commission (FEC) today notified NextEra Energy, Inc.'s (NYSE: NEE) principal subsidiary Florida Power & Light Company that it voted to close its file regarding a complaint that had made allegations of certain violations of the Federal Election Campaign Act (FECA). A nonprofit corporation had filed the complaint in October 2022.

The FEC notified the company that it made its decision in late February, which concluded the FEC's consideration of the complaint without a finding that the commission had reason to believe that FPL violated the FECA.

**NextEra Energy, Inc.**

NextEra Energy, Inc. (NYSE: NEE) is a leading clean energy company headquartered in Juno Beach, Florida. NextEra Energy owns Florida Power & Light Company, which is America's largest electric utility that sells more power than any other utility, providing clean, affordable, reliable electricity to approximately 5.9 million customer accounts, or more than 12 million people across Florida. NextEra Energy also owns a competitive clean energy business, NextEra Energy Resources, LLC, which, together with its affiliated entities, is the world's largest generator of renewable energy from the wind and sun and a world leader in battery storage. Through its subsidiaries, NextEra Energy generates clean, emissions-free electricity from seven commercial nuclear power units in Florida, New Hampshire and Wisconsin. A Fortune 200 company, NextEra Energy has been recognized often by third parties for its efforts in sustainability, corporate responsibility, ethics and compliance, and diversity. For more information about NextEra Energy companies, visit these websites: **www.NextEraEnergy.com**, **www.FPL.com**, **www.NextEraEnergyResources.com**.

SOURCE NextEra Energy, Inc.

For further information: NextEra Energy, Inc., Media Line: 561-694-4442



**Our Company** │ **Terms & Conditions** │ **Privacy Policy** │ **Safety Policy**

Copyright © 2024 NextEra Energy, Inc. All rights reserved.