**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80833-CIV-CANNON/Matthewman**

**MAHA JASTRAM**,
*individually and on behalf*
*of all others similarly situated*,

      Plaintiff,

v.

**NEXTERA ENERGY, INC***. et al.,*

      Defendants.

_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR**
**LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

**THIS CAUSE** comes before the Court upon Defendants' Unopposed Motion for Leave to Bring Electronic Equipment into the Courtroom, filed on May 9, 2024 [ECF No. 100].  Defendants seek permission to bring certain devices into the courthouse and to use such equipment at a hearing scheduled for May 13, 2024.  Defendants also request to bring the same equipment to the courthouse on May 10, 2024, for testing purposes [ECF No. 100 p. 2].  The Court has reviewed the Motion and the full record.

Upon review, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Unopposed Motion to Bring Electronic Equipment [ECF No. 100] is **GRANTED**.

2. The following persons are approved to bring the following electronic items during the evidentiary hearing scheduled for May 13, 2024, and also on May 10, 2024, for testing purposes:

    a. Daniel J. Kramer (Counsel) may bring one laptop and one mobile phone.

CASE NO. 23-80833-CIV-CANNON/Matthewman

    b.   Audra J. Soloway (Counsel) may bring one laptop and one mobile phone.

    c.   Joshua Hill, Jr. (Counsel) may bring one laptop and one mobile phone.

    d.   David P. Friedman (Counsel) may bring one laptop and one mobile phone.

    e.   Kevin P. Madden (Counsel) may bring one laptop and one mobile phone.

    f.   Charles E. Sieving may bring one mobile phone.

    g.   Gera R. Peoples may bring one mobile phone.

3. **It is the responsibility of counsel to pre-arrange the testing day with Chambers**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of May 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

      United States Marshals Service