UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80833-CIV-CANNON/Matthewman

**MAHA JASTRAM**,
*individually and on behalf*
*of all others similarly situated*,

      Plaintiff,
v.

**NEXTERA ENERGY, INC.** *et al.,*

      Defendants.
_____/

## ORDER FOLLOWING HEARING

**THIS CAUSE** comes before the Court following a hearing held on May 13, 2024 [ECF No. 106], during which the Court heard argument on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion") [ECF No. 83]. The Court also inquired of both parties as to which exhibits, attached to the Motion, are properly before the Court in its consideration of the Motion. To facilitate the Court's continuing evaluation, and as discussed in open court, it is hereby **ORDERED AND ADJUDGED** as follows:

1. On or before **May 20**, **2024**, the parties shall meaningfully confer and jointly file a report clearly setting forth their respective positions on which exhibits, attached to the Motion, are properly before the Court in light of the general rule that attachments to a pleading can be considered at the Rule 12 stage so long as the exhibits are referenced in the subject pleading and no party disputes their authenticity. The Court notes that Plaintiffs' Opposition does not meaningfully explain why the attached exhibits, all of which appear

CASE NO. 23-80833-CIV-CANNON/Matthewman

to be cited in the Second Amended Complaint, cannot be included in the Court's substantive consideration of Plaintiff's pleading [ECF No. 85 p. 6 n.3].[1]

2. In addition, also by **May 20, 2024**, and in response to Defendants' citation guide and demonstrative as provided during the hearing and subsequently received by the Court [ECF No. 105], Plaintiffs may file, but are not required to file, a chart or list that specifically and clearly identifies, by paragraph number(s), the alleged false statements to the corresponding allegations in support of those false statements.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of May 2024.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record

---

[1] This report should track the parties' representations during the hearing.