CASE NO. 23-80833-CIV-CANNON

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTERA ENERGY, INC., FLORIDA POWER & LIGHT COMPANY, JAMES ROBO, ERIC SILAGY and DAVID P. REUTER,<br><br>    Defendants. | Case No. 23-CIV-80833-CANNON<br><br><br>CLASS ACTION |

### LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL FILING

At the conclusion of the hearing held on May 13, 2024, concerning Defendants' motion to dismiss the Second Amended Complaint (ECF No. 68), the Court stated that it would allow Lead Plaintiffs to make a supplemental filing summarizing the facts supporting falsity and scienter and regarding loss causation. Consistent with the Court's invitation, Lead Plaintiffs have contemporaneously filed the following exhibits with this notice of compliance:

1. Lead Plaintiffs' Citation Guide, attached as **Exhibit A**;

2. Lead Plaintiffs' demonstrative guide to the Second Amended Complaint, attached as **Exhibit B**.

Respectfully submitted,

May 21, 2024                                        Respectfully submitted,

                                                    /s/ Robert D. Klausner
                                                    Robert D. Klausner
                                                    Florida Bar No. 0244082
                                                    Sean M Sendra
                                                    Florida Bar No. 0072794

1

CASE NO. 23-80833-CIV-CANNON

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON, P.A.**
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
sean@robertdklausner.com

*Counsel for Lead Plaintiff Florida Retirement Funds*

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob Walker (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
Mark Byrne (*pro hac vice*)
Nathan Abelman (*pro hac vice)*
260 Franklin Street, Suite 1860
Boston, MA 02110
jeff@blockleviton.com
jake@blockleviton.com
brendan@blockleviton.com
mark@blockleviton.com
nathan@blockleviton.com
(617) 398-5600 phone
(617) 507-6020 fax

*Counsel for Lead Plaintiff Florida Retirement Funds and Lead Counsel for the Class*

CASE NO. 23-80833-CIV-CANNON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2024, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

By: */s/ Robert D. Klausner*
ROBERT D. KLAUSNER