**Jastram v. NextEra Energy**
*Plaintiffs' Citation Guide*

| Statement | Topic | Paragraph of SAC Alleging Statement is False | Paragraphs in SAC Supporting Allegations of Falsity and Scienter |
|---|---|---|---|
| #1 (Robo) | "No evidence of any issues at all," and "no basis" to allegations | ¶262 | ¶¶12-17, 48-54, 56-70, 89-131, 149-194, 262-263, 317-319, 332-337, *passim* |
| #2 (Silagy) | Surveillance of Nate Monroe | ¶264 | ¶¶78-85, 264-265, 308-316, 320-337 |
| #3 (Reuter) | Funding of Grow United/Spoiler Candidates in 2020 Election Cycle | ¶252 | ¶¶48-54, 72-75, 86-211, 252-255, 317-319 |
| #4 (Reuter) | FPL's Involvement in the Creation of Grow United | ¶256 | ¶¶48-54, 72-75, 86-211, 252-259, 317-319 |
| #5 (Reuter) | No Knowledge of Funding Memo | ¶258 | ¶¶48-54, 72-75, 132-211, 258-259, 317-319 |
| #6 (Reuter) | Rejected Dennis Job Offer | ¶260 | ¶¶48-54, 56-77, 176-77, 260-261, 317-319 |
| #7 (Reuter) | Surveillance of Nate Monroe | ¶264 | ¶¶78-85, 264-266, 317-319 |
| #8 (McGrath) | Editorial control of *The Capitolist* | ¶267 | ¶¶213-246, 267-268 |