# EXHIBIT A

**From:** Jeffrey C. Block <jeff@blockleviton.com>
**Sent:** Monday, May 13, 2024 9:04 AM
**To:** Friedman, David P <dfriedman@paulweiss.com>; Jacob Walker <jake@blockleviton.com>
**Cc:** Hill, Joshua <jhill@paulweiss.com>; Jordi Martinez-Cid <jmartinez-cid@martinez-cidlaw.com>; Brendan Jarboe <brendan@blockleviton.com>; Soloway, Audra J <asoloway@paulweiss.com>; Andy Hernández De La Osa <ahernandez@martinez-cidlaw.com>; Chris Gold <chris@edelsberglaw.com>; Mark Byrne <mark@blockleviton.com>; Shira Kotz <shira@blockleviton.com>
**Subject:** Re: Jastram v. NextEra Energy, Inc.

David,

Thank you. We are not planning on using any demonstratives.

Jeff

--
Jeffrey C. Block
Managing Partner
**Block & Leviton LLP**
(617) 398-5600
Direct: (617)865-9963

1

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Friedman, David P <dfriedman@paulweiss.com>
**Date:** Monday, May 13, 2024 at 9:01 AM
**To:** Jeffrey C. Block <jeff@blockleviton.com>, Jacob Walker <jake@blockleviton.com>
**Cc:** Hill, Joshua <jhill@paulweiss.com>, Jordi Martinez-Cid <jmartinez-cid@martinez-cidlaw.com>, Brendan Jarboe <brendan@blockleviton.com>, Soloway, Audra J <asoloway@paulweiss.com>, Andy Hernández De La Osa <ahernandez@martinez-cidlaw.com>, Chris Gold <chris@edelsberglaw.com>, Mark Byrne <mark@blockleviton.com>, Shira Kotz <shira@blockleviton.com>
**Subject:** RE: Jastram v. NextEra Energy, Inc.

[EXTERNAL]

Jeff,

Attached please find defendants' demonstratives.

Best,
David

**David P. Friedman** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3935 (Direct Phone) | +1 212 492 0935 (Direct Fax)
dfriedman@paulweiss.com | www.paulweiss.com

**From:** Jeffrey C. Block <jeff@blockleviton.com>
**Sent:** Thursday, May 9, 2024 2:12 PM
**To:** Friedman, David P <dfriedman@paulweiss.com>; Jacob Walker <jake@blockleviton.com>
**Cc:** Hill, Joshua <jhill@paulweiss.com>; Jordi Martinez-Cid <jmartinez-cid@martinez-cidlaw.com>; Brendan Jarboe <brendan@blockleviton.com>; Soloway, Audra J <asoloway@paulweiss.com>; Andy Hernández De La Osa <ahernandez@martinez-cidlaw.com>; Chris Gold <chris@edelsberglaw.com>; Mark Byrne <mark@blockleviton.com>; Shira Kotz <shira@blockleviton.com>
**Subject:** Re: Jastram v. NextEra Energy, Inc.

David,

9 am Monday morning is fine.

See you at the hearing.

Jeff

2

--
Jeffrey C. Block
Managing Partner
**Block & Leviton LLP**
(617) 398-5600
Direct: (617)865-9963


This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Friedman, David P <dfriedman@paulweiss.com>
**Date:** Thursday, May 9, 2024 at 1:42 PM
**To:** Jeffrey C. Block <jeff@blockleviton.com>, Jacob Walker <jake@blockleviton.com>
**Cc:** Hill, Joshua <jhill@paulweiss.com>, Jordi Martinez-Cid <jmartinez-cid@martinez-cidlaw.com>, Brendan Jarboe <brendan@blockleviton.com>, Soloway, Audra J <asoloway@paulweiss.com>, Andy Hernández De La Osa <ahernandez@martinez-cidlaw.com>, Chris Gold <chris@edelsberglaw.com>, Mark Byrne <mark@blockleviton.com>, Shira Kotz <shira@blockleviton.com>
**Subject:** RE: Jastram v. NextEra Energy, Inc.

[EXTERNAL]

Our demonstratives will not be ready by tomorrow.  We propose a mutual exchange of demonstratives either side intends to use by 9 am Monday morning.

**David P. Friedman** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3935 (Direct Phone) | +1 212 492 0935 (Direct Fax)
dfriedman@paulweiss.com | www.paulweiss.com

---

**From:** Jeffrey C. Block <jeff@blockleviton.com>
**Sent:** Thursday, May 9, 2024 12:19 PM
**To:** Friedman, David P <dfriedman@paulweiss.com>; Jacob Walker <jake@blockleviton.com>
**Cc:** Hill, Joshua <jhill@paulweiss.com>; Jordi Martinez-Cid <jmartinez-cid@martinez-cidlaw.com>; Brendan Jarboe <brendan@blockleviton.com>; Soloway, Audra J <asoloway@paulweiss.com>; Andy Hernández De La Osa <ahernandez@martinez-cidlaw.com>; Chris Gold <chris@edelsberglaw.com>; Mark Byrne <mark@blockleviton.com>; Shira Kotz <shira@blockleviton.com>
**Subject:** Re: Jastram v. NextEra Energy, Inc.

David,

So long as we receive a copy in advance of the hearing, (by tomorrow) we have no objection to your relying on digital demonstratives.

3

Jeff

Jeffrey C. Block
Managing Partner
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
Direct: (617)865-9963
jeff@blockleviton.com  |  https://www.BlockLeviton.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Friedman, David P <dfriedman@paulweiss.com>
**Date:** Wednesday, May 8, 2024 at 9:31 PM
**To:** Jacob Walker <jake@blockleviton.com>
**Cc:** Hill, Joshua <jhill@paulweiss.com>, Jordi Martinez-Cid <jmartinez-cid@martinez-cidlaw.com>, Brendan Jarboe <brendan@blockleviton.com>, Soloway, Audra J <asoloway@paulweiss.com>, Andy Hernández De La Osa <ahernandez@martinez-cidlaw.com>, Chris Gold <chris@edelsberglaw.com>, Mark Byrne <mark@blockleviton.com>, Shira Kotz <shira@blockleviton.com>, Jeffrey C. Block <jeff@blockleviton.com>
**Subject:** RE: Jastram v. NextEra Energy, Inc.

[EXTERNAL]

Jake-

We plan to file a request with the Court tomorrow requesting that defendants be allowed to rely on digital demonstratives during the May 13, 2024 hearing and to bring electronic equipment into the Courtroom for such purposes.  Please let us know by noon tomorrow (5/9) if Plaintiffs consent.

Best,
David

**David P. Friedman** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3935 (Direct Phone) | +1 212 492 0935 (Direct Fax)
dfriedman@paulweiss.com | www.paulweiss.com