## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTERA ENERGY, INC., FLORIDA POWER & LIGHT COMPANY, JAMES ROBO, ERIC SILAGY and DAVID P. REUTER,<br><br>Defendants. | Case No. 23-CIV-80833-CANNON<br><br>CLASS ACTION |

## NOTICE OF APPEAL

Lead Plaintiffs the City of Hollywood Police Officers' Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund hereby give notice that they appeal to the United States Court of Appeals for the Eleventh Circuit from the order of the District Court entered on September 27, 2024, ECF No. 118. A conformed copy of the order is attached.

October 16, 2024

Respectfully submitted,

/s/ *Robert D. Klausner*
**KLAUSNER, KAUFMAN, JENSEN & LEVINSON, P.A.**
Robert D. Klausner
Florida Bar No. 244082
Sean M. Sendra
Florida Bar No. 72794
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
sean@robertdklausner.com

CASE NO. 23-80833-CIV-CANNON

*Counsel for Lead Plaintiff Florida Retirement Funds*

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob Walker (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
Mark Byrne (*pro hac vice*)
Nathan Abelman (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
jeff@blockleviton.com
jake@blockleviton.com
brendan@blockleviton.com
mark@blockleviton.com
nathan@blockleviton.com
(617) 398-5600 phone
(617) 507-6020 fax

*Counsel for Lead Plaintiff Florida Retirement Funds and Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Robert D. Klausner*
Robert D. Klausner

2