**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-CIV-80833-CANNON**

MAHA JASTRAM, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

NEXTERA ENERGY, INC., FLORIDA
POWER & LIGHT COMPANY, JAMES
ROBO, ERIC SILAGY, and DAVID P.
REUTER,

      Defendants.

_____/

## JOINT STATUS REPORT

Lead Plaintiffs City of Hollywood Police Officers Retirement System and Pembroke Pines

Firefighters & Police Officers Pension Fund ("Lead Plaintiffs") and Defendants NextEra Energy,

Inc. ("NEE"), Florida Power & Light Company ("FPL"), James Robo, Eric Silagy, and David P.

Reuter ("Defendants") submit this Joint Status Report as directed by the Court in its February 27,

2026 Order.

Lead Plaintiffs and Defendants are pleased to inform the Court that they have a binding

agreement in principle to settle this action. The parties are presently preparing documentation to

memorialize the settlement.

As a result, Lead Plaintiffs and Defendants respectfully request the Court stay further

proceedings in the case. Lead Plaintiffs expect to file a motion requesting the Court to preliminarily

approve the settlement in accordance with Fed. R. Civ. P. 23 by no later than June 15, 2026.

March 16, 2026

Respectfully submitted,

/s/ *Robert Klausner*
Klausner Kaufman Jensen & Levinson
7080 NW 4th Street
Plantation, Florida 33317
(954) 916-1202

*Counsel to Lead Plaintiffs and Liaison
Counsel for the Class*

Jeffrey C. Block (*pro hac vice*)
Jacob Walker (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
Nathan Ableman (*pro hac vice*)
Mark Byrne (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
jeff@blockleviton.com
jake@blockleviton.com
brendan@blockleviton.com
(617) 398-5600 phone
(617) 507-6020 fax

*Lead Counsel for Lead Plaintiffs and the
Class*

/s/ *Jordi C. Martínez-Cid*
Jordi C. Martínez-Cid
Florida Bar No. 100566
Andy Hernández
Florida Bar No. 1018581
**Martínez-Cid Law**
2525 Ponce de Leon Blvd., 7th Floor
Coral Gables, Florida 33134
Telephone: 305-998-3093
Email: jmartinez-cid@martinez-cidlaw.com
Email: ahernandez@martinez-cidlaw.com
Email: service@martinez-cidlaw.com

Daniel J. Kramer
New York Bar No. 1979392
(admitted *pro hac vice*)
Joshua Hill Jr.
New York Bar No. 4297826

2

(admitted *pro hac vice*)
**Paul, Weiss, Rifkind, Wharton**
**& Garrison LLP**
1285 Avenue of the Americas
New York, New York 10019-6031
Telephone: 212-373-3020
Email: dkramer@paulweiss.com
Email: jhill@paulweiss.com

*Counsel for Defendants NextEra Energy, Inc.,*
*James Robo, Eric Silagy, and David P. Reuter*