# Exhibit A-3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEXTERA ENERGY, INC., FLORIDA POWER & LIGHT COMPANY, JAMES ROBO, ERIC SILAGY and DAVID P. REUTER, <br><br> Defendants. | Case No. 9:23-cv-80833-AMC <br><br> <u>CLASS ACTION</u> <br><br> SUMMARY NOTICE OF SETTLEMENT OF CLASS ACTION |

**TO: ALL PURCHASERS AND ACQUIRERS OF NEXTERA ENERGY INC. SECURITIES BETWEEN DECEMBER 2, 2021, THROUGH FEBRUARY 1, 2023, INCLUSIVE**

**A Federal Court has authorized this Notice. This is not a solicitation from a lawyer.**

Please read this notice carefully. A $150 million settlement has been reached for investors who purchased or otherwise acquired NEE securities between December 2, 2021, and February 1, 2023.

If you are a member of the Class, your legal rights will be affected whether you act or not.

**Notice of Settlement:**  You are hereby notified that a hearing will be held on _____, 2026, at __:__ _.m., before the Honorable Aileen M. Cannon at the United States District Court for the Southern District of Florida, Alto Lee Adams, Sr. Courthouse, 101 South U.S. Highway 1, Ft. Pierce, Florida, 34950, to determine whether:

(1) the proposed settlement (the "Settlement") of the above-captioned Action as set forth in the Stipulation and Agreement of Class Action Settlement ("Stipulation") for $150 million in cash should be approved by the Court as fair, reasonable, and adequate;

(2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice;

(3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amounts;

1

(4) to award Lead Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4) in relation to their representation of the Class out of the Settlement Fund and, if so, in what amount; and

(5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

It is possible that the Court may decide to change the date and/or time of the Settlement Hearing, conduct the Settlement Hearing by video or telephonic video conference, or otherwise allow Class Members to appear at the hearing by telephone or videoconference, without further written notice to the Class. To determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by telephone or video, it is important that you monitor the Court's docket and the website, www.NextEraEnergySecuritiesSettlement.com, for any update before making any plans to attend the Settlement Hearing.

**IF YOU PURCHASED OR ACQUIRED NEE SECURITIES BETWEEN DECEMBER 2, 2021 AND FEBRUARY 1, 2023, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION**

**Proof of Claim:** To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Claim Form by mail (**postmarked no later than _____, 2026**) or electronically via the website (**no later than _____, 2026**). Failure to submit your Claim Form by _____, 2026 will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action.

If you purchased or acquired NEE securities during the period between December 2, 2021 and February 1, 2023, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in this Action, including, but not limited to, the Judgment, whether or not you submit a Claim Form.

**Notice:** The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Claim Form, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other important documents, may be accessed online at www.NextEraEnergySecuritiesSettlement.com, or by writing to or calling:

*NextEra Energy Securities Settlement*
PO Box 2900
Portland, OR 97208-2900

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court. Inquiries other than requests for the Notice or for a Claim Form may be made to Lead Counsel:

**Block & Leviton LLP**
Brendan T. Jarboe
260 Franklin Street, Suite 1860

2

Boston, MA 02110
(617) 398-5600
Brendan@blockleviton.com

**Exclusion:** If you desire to be excluded from the Class, you must submit a Request for Exclusion such that it is **postmarked by _____, 2026**, in the manner and form explained in the Notice. All Class Members will be bound by the Settlement even if they do not submit a timely a Claim Form.

**Objections:** If you are a Class Member, you have the right to object to the Settlement, the Plan of Allocation, the request by Lead Counsel for an award of attorneys' fees, and/or the request for an award to Lead Plaintiffs in connection with its representation of the Class. Any objections must be filed with the Court and sent to Lead Counsel and Defendants' Counsel **by _____, 2026**, in the manner and form explained in the Notice available at www.NextEraEnergySecuritiesSettlement.com.

[DATE]                              By Order of the Court
                                    United States District Court, Southern District of Florida

3