**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NEXTERA ENERGY, INC., JAMES ROBO, ERIC SILAGY and DAVID P. REUTER,<br><br>    Defendants. | Case No. 9:23-cv-80833-AMC<br><br>CLASS ACTION |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF LEAD PLAINTIFFS'**
**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT**

I, Jeffrey C. Block, declare as follows:

1.      I am an attorney licensed to practice in the Commonwealth of Massachusetts and admitted *pro hac vice* to practice before this Court. I am a partner of Block & Leviton LLP and Lead Counsel for Lead Plaintiffs the City of Hollywood Police Officers' Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund ("Lead Plaintiffs") in the above-captioned action. I make this declaration in support of Lead Plaintiffs' contemporaneously filed Unopposed Motion for Preliminary Approval of Settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto is the Parties' Proposed Stipulation and Agreement of Class Action Settlement. Attached thereto are the following exhibits:

a.  Exhibit A: [Proposed] Oder Preliminarily Approving Settlement and Providing Notice;

b.  Exhibit A-1: Notice of Proposed Settlement of Class Action

c.  Exhibit A-2: Proof of Claim and Release Form

d.  Exhibit A-3: Summary Notice

e.  Exhibit B: Proposed Judgment

3.      Lead Plaintiffs are sophisticated institutional investors, played a crucial role in the litigation, and oversaw and approved Lead Counsel's prosecution of the case and the negotiations leading to this Settlement.

4.      Block & Leviton LLP is a well-respected and experienced firm with a long and successful record in securities fraud matters. *See* ECF No. 25-8 (Block & Leviton LLP Firm resume).

1

5.     To the best of my knowledge and belief and based on the legal research completed by Lead Counsel, the $150 million proposed settlement is the largest settlement of a securities class action in the Southern District of Florida since the passage of the Private Securities Litigation Reform Act in 1995. That research involved a comprehensive review of more than 60 securities class action settlements approved between 1995 and the present in each court of the Eleventh Circuit identified through the national database of securities fraud class actions maintained by Verteris Corp and Westlaw and cross referenced through the Public Access to Court Electronic Records ("PACER") system maintained by the Administrative Office of the United States Courts.

6.     Based on the same research, and my own knowledge and experience as an attorney specializing in securities fraud cases for more than thirty years, I also believe it is among the largest securities class action settlement achieved prior to complete resolution of a Rule 12(b)(6) motion.

7.     The Settlement represents 4.8% of simplified statutory damages as calculated by Lead Plaintiffs' economic expert—well above the median for such cases based on the data compiled by Cornerstone. Viewed in light of a more realistic measure of *recoverable* damages, the Settlement represents nearly 9% of the most likely recovery investors could have obtained after trial.

8.     The proposed Plan of Allocation, which is included in full in the Notice, was drafted with significant input from Lead Plaintiffs' consulting damages expert and is consistent with the measure of damages under the PSLRA.

9.     Based on the figures reported in publicly available SEC filings, as of January 31, 2023, NEE had issued more than 1.9 billion shares of common stock. The exact

size of the class is unknown, but the Claims Administrator estimates there are at least 200,000 Settlement Class members.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of June 2026, in Boston, Massachusetts.

/s/ Jeffrey C. Block
JEFFREY C. BLOCK