# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated, | Case No. 9:23-cv-80833-AMC |
| Plaintiff, | |
| v. | |
| NEXTERA ENERGY, INC., FLORIDA POWER & LIGHT COMPANY, JAMES ROBO, ERIC SILAGY and DAVID P. REUTER, | CLASS ACTION |
| Defendants. | |

## DECLARATION OF MICHAEL MCGUINNESS IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

I, Michael McGuinness, declare as follows:

1.      I am a Project Manager for Epiq Class Action and Claims Solutions, Inc. ("Epiq"). At the request of Lead Counsel Block & Leviton LLP in the above-captioned action, I am providing this declaration to give the Court, and Settlement Class Members[1] information about the procedures and methods that will be used, if approved, to provide notice of the proposed Settlement to the investors who make up the Class (defined below), as well as the administration of the claims process.  I make this declaration based on personal knowledge and, if called to testify, I could and would do so competently.

2.      Epiq was retained by Lead Counsel, subject to Court approval, to provide notice and claims administration services for the Class Members in the above-captioned case.  The proposed Class consists of all persons and entities who purchased or otherwise acquired NEE securities during the period from December 2, 2021, through February 1, 2023, inclusive (the "Class Period"), and were damaged thereby (the "Class"). Excluded from the Class are (i) Defendants; and (ii) Released Defendant Parties. Also excluded from the Class is any Person who timely and validly seeks exclusion from the Class, or who have already done so, or whose request for exclusion is accepted by the Court.

3.      Epiq has been implementing successful notification and claims administration programs since 1998 and has done so in thousands of cases over the years.  Our experience includes many of the largest and most complex settlement administrations in both private securities litigation matters and actions brought by government securities regulators.  More information on Epiq's experience can be found on its website at www.EpiqGlobal.com..  Attached as Appendix A are 27 recent settlements administered by Epiq in the Eleventh Circuit.

4.      The proposed notice plan for the settlement approval process ("Notice Plan") is detailed below.  It uses procedures that Epiq believes, based on its experience, constitute best practices under the circumstances.

---

[1] All capitalized terms not otherwise defined herein are defined in the Stipulation and Agreement of Class Action Settlement (the "Stipulation").

5.      The proposed Notice Plan in this matter uses procedures that have been designed to provide direct mail notification to Class Members who can be identified with reasonable effort. All persons and entities identified as potential Class Members will be sent the Notice of Proposed Settlement of Class Action and the Proof of Claim and Release Form ("Proof of Claim") (collectively, the "Notice Packet").  The Notice will direct the recipient to the settlement website, www.NextEraEnergySecuritiesSettlement.com, to find additional information about the Settlement.  The Notice, Proof of Claim, and settlement website will include instructions for claim submission.

6.      Since the majority of Class Members are beneficial owners whose securities are held in "street name"—i.e., the securities are sold by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers, Epiq will take timely steps to provide notice to the vast majority of investors who hold their securities through a brokerage firm, bank, institution, or other third-party nominee ("Nominees").  These investors are beneficial purchasers whose securities are held in "street name" (*i.e.*, the securities are purchased and held by one of the Nominees on behalf of the beneficial purchaser).  In the 20 years that Epiq has been notifying potential class members of actions involving publicly traded securities, Epiq has found the majority of potential class members are reached through the Nominees.

7.      Specifically, if Epiq is appointed by the Court as Claims Administrator, and subject to the Court's approval of the Notice Plan, Epiq will timely send a copy of the Notice Packet and an appropriate cover letter by first-class mail to each entity included on Epiq's proprietary list of approximately 1,300 Nominees.  This list includes the vast majority of the Nominees listed on the Depository Trust Company Security Position Reports as well as the largest and most common broker firms, banks, and other institutions involving publicly traded securities.  This list is contained in a database created and maintained by Epiq ("Nominee Database").  In Epiq's experience, the institutions included in the Nominee Database represent a significant majority of the beneficial holders of the securities in most settlements involving publicly traded companies.

DECLARATION OF MICHAEL MCGUINNESS IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT                                                              2

The Notice will notify the Nominees of the proposed settlement, and the cover letter will inform them of their obligation to either provide Epiq with the names, addresses, and email addresses of their clients who may be Class Members, or request copies of the Notice to provide directly to their customers and clients.

8.      Epiq will also cause the Notice Package to be published by the Depository Trust Corporation ("DTC") on the DTC Legal Notice System ("LENS").  LENS enables participating banks and brokers to review the Notice Package and directly contact Epiq to obtain copies of the Notice Package for their clients who may be Class Members.

9.      In the event that Nominees identify potential Class Members, Epiq will promptly mail the Notice Packet, via first-class mail, directly to all such potential Class Members identified by Nominees.  Epiq will also send copies of the Notice directly to Nominees who indicate they will directly forward to their customers and clients who may be Class Members.  Each of these requests will be completed in a timely manner.

10.      Epiq has developed ongoing relationships with the appropriate contacts within each Nominee institution.  Epiq supports the Nominees throughout the notice and claims process, and provides additional services such as: coordinating with Nominees to submit claims accurately and efficiently; reviewing the requirements and procedures for submitting claims; explaining the Plan of Allocation; answering questions on recognized loss calculations; updating Nominees on the status of claims and the settlement; coordinating with Nominees for an efficient disbursement; and answering all investor inquires in a professional, knowledgeable, and timely manner.

11.      All names and addresses obtained by Epiq will be reviewed by Epiq to identify and eliminate exact name and address duplicates and incomplete data prior to mailing.  Any Notice Packets that are returned as undeliverable mail will be reviewed to determine if an alternative or updated address is available from the Postal Service, and if so will be re-mailed to the updated or alternative address.

12.      Epiq will supplement the direct notice program described above by publishing the Summary Notice in *The Wall Street Journal* and posting it with the PR Newswire, an online

newswire service, where it will be available for a month.  News outlets often use posted notices as the basis for their own stories about litigation settlements involving publicly traded companies, thereby creating added awareness of the proposed settlement among investors.

13.     Throughout the notification and claims processing period, Epiq will maintain a toll-free number to accommodate potential Class Members' inquiries: 877-379-7798.

14.     Epiq will also maintain a settlement-specific website, www.NextEraEnergySecuritiesSettlement.com, where key documents will be posted, including the Stipulation, the Notice and Proof of Claim, and the executed Order Preliminarily Approving Settlement and Providing Class Notice.  The website will also provide summary information regarding the case and settlement and highlight important dates, including the date of the settlement approval hearing.  The website will further allow Class Members to submit claims electronically.  All posted documents will be available for downloading from the website.

15.     Because of the street name system under which most securities are held, even Defendant NextEra does not know the identity of the vast majority of its shareholders, and it is usually not possible to meaningfully project the total number of Class Members prior to implementing the Notice Plan.  By taking certain information about the volume of trading during the proposed Class Period and comparing it to similar information collected in other cases Epiq has administered, we are able to estimate the number of potential Class Members that will be identified.

16.     Given NextEra's trading history during the relevant time period including information regarding the volume of shares traded during the Class Period, we estimate that we will mail Notice Packets to as many as 200,000 potential Class Members.  However, this is an estimate only, and the actual number of potential Class Members identified during the solicitation process may be higher or lower than this estimate.

17.     In Epiq's experience, not all class members submit claims, and some of the claims submitted are ultimately not valid or eligible to receive distributions.  Historically, "claims rates," when viewed as a percentage of notices disseminated, are on average between 20% and 30% of

the number of mailings in settlements similar to this. In line with that and based on the experience of Epiq in similar settlements in recent years, Epiq estimates approximately 20% of Class Members who receive the Notice Packet here are expected to submit a Claim. We anticipate approximately 50-60% of the submitted Claims to be valid and eligible for payment.

18. Based on Epiq's experience with securities settlements of similar size and numbers of shareholders, we estimate administering the notice, claims processing, and settlement distribution aspects of this proposed Settlement will generate professional services fees and expenses of approximately $309,000, which is approximately 0.2 % of the proposed Settlement Amount. This estimate assumes, among other things, that approximately 200,000 Notice Packets of roughly 20 pages (consisting of the Notice and Proof of Claim form) will be mailed and that 40,000 Proof of Claim forms will be received. In Epiq's experience, these estimated fees and expenses are reasonable in relation to the value of the Settlement, and consistent with those incurred in other securities settlements of similar size and complexity.

19. Epiq's pricing estimate in ¶18, *supra*, is based on the assumptions stated in ¶17, *supra*, as well as certain other projections based on our experience. The actual fees and costs required to complete the administration may be significantly higher or lower, however, depending on how many Class Members are identified, how many Claims are filed, how many Claims are valid, and how many Claims require additional communication with the filer.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at New York, New York, on June 15, 2026.

*Michael McGuinness*

Michael McGuinness

DECLARATION OF MICHAEL MCGUINNESS IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

5

**Appendix A**

**List of Recent Settlements Administered by Epiq in the Eleventh Circuit**

| Judge | Court | Case Number | Case Name |
|---|---|---|---|
| U.S. District - Florida Middle: Roy Dalton | US District Court, Middle District of Florida | 6:22cv1518 | Edge v. Tupperware Brands Corporation |
| U.S. District - Florida Southern: Rodney Smith | US District Court, Southern District of Florida | 9:20cv81063 | Hartel v. The GEO Group, Inc. |
| U.S. District - Florida Middle: William Jung | US District Court, Middle District of Florida | 8:19cv421 | Keippel v. Health Insurance Innovations, Inc. |
| U.S. District - Florida Middle: Elizabeth Kovachevich | US District Court, Middle District of Florida | 8:17cv2186 | In re Health Insurance Innovations, Inc. Securities Litigation |
| U.S. District - Georgia Northern:  Eleanor Ross | US District Court, Northern District of Georgia | 1:17cv2587 | In Re Hd Supply Holdings, Inc. Securities Litigation |
| U.S. District - Florida Southern: Rodolfo Ruiz | US District Court, Southern District of Florida | 1:25cv20117 | Owings v. Medusind, Inc. |
| U.S. District - Florida Southern: Rodolfo Ruiz | US District Court, Southern District of Florida | 1:24md3090 | Fortra File Transfer Software Data Security Breach Litigation |
| U.S. District - Alabama Northern: David Proctor | US District Court, Northern District of Alabama | 5:22cv503 | Reynolds v. Progressive Direct Insurance Company |
| U.S. District - Florida Southern: K. Michael Moore | US District Court, Southern District of Florida | 2:23cv14337 | Shutler v. Citizens Disability LLC |
| U.S. District - Florida Southern: Rodolfo Ruiz | US District Court, Southern District of Florida | 1:24md3090 | Fortra File Transfer Software Data Security Breach Litigation (Brightline Settlement) |
| U.S. District - Florida Southern: William Dimitrouleas | US District Court, Southern District of Florida | 1:19cv21760 | South (Paris) v. Progressive American Insurance Company |
| U.S. District - Georgia Northern: Timothy Batten | US District Court, Northern District of Georgia | 3:21cv175 | Brown v. Progressive Mountain Insurance Company |
| U.S. District - Florida Southern: Rodolfo Ruiz | US District Court, Southern District of Florida | 0:21cv61275 | Desue v. 20/20 Eye Care Network, Inc. |
| U.S. District - Georgia Northern: Amy Totenberg | US District Court, Northern District of Georgia | 1:20cv1596 | Elder v. Reliance Worldwide Corporation (Sharkbite) |
| U.S. District - Georgia Northern: Eleanor Ross | US District Court, Northern District of Georgia | 1:22cv1495 | Sherwood v. Horizon Actuarial Services, LLC |
| U.S. District - Georgia Northern: Leigh May | US District Court, Northern District of Georgia | 1:21cv1363 | Black v. USAA Casualty Insurance Company |
| U.S. District - Florida Middle: Harvey Schlesinger | US District Court, Middle District of Florida | 3:15md2626 | In Re: Disposable Contact Lens Antitrust Litigation (Johnson & Johnson Vision Care and Alcon Vision Settlement) |
| U.S. District - Georgia Northern: Eleanor Ross | US District Court, Northern District of Georgia | 1:20cv1664 | Daniels (Dusko) V. Delta Air Lines, Inc. |
| U.S. District - Alabama Southern: Terry Moorer | US District Court, Southern District of Alabama | 2:21cv347 | Mitchell v. Allstate Vehicle and Property Insurance Company |
| U.S. District - Georgia Middle: Tilman Self III | US District Court, Middle District of Georgia | 5:23cv193 | Wang v. Corporation of Mercer University |
| U.S. District - Florida Middle: Charlene Honeywell | US District Court, Middle District of Florida | 8:20cv1798 | Stoll v. Musculoskeletal Institute (d/b/a Florida Orthopedic Institute) |
| U.S. District - Florida Middle: Harvey Schlesinger | US District Court, Middle District of Florida | 3:20cv1286 | Beiswinger v. West Shore Home LLC |
| U.S. District - Georgia Northern: Thomas Thrash | US District Court, Northern District of Georgia | 1:19cv1411 | Callen v. Daimler AG (Mercedes) |
| U.S. District - Florida Southern: Jose Martinez | US District Court, Southern District of Florida | 0:21cv61376 | Abercrombie v. TD Bank, N.A. |
| U.S. District - Florida Middle: Harvey Schlesinger | US District Court, Middle District of Florida | 3:15md2626 | In Re: Disposable Contact Lens Antitrust Litigation (ABB Settlement) |
| U.S. District - Florida Southern: Jose Martinez | US District Court, Southern District of Florida | 1:19cv20592 | Kukorinis v. Wal-Mart, Inc. |
| U.S. District - Florida Middle: Timothy Corrigan | US District Court, Middle District of Florida | 3:18cv1011 | Troy Smith v. Costa Del Mar, Inc. |