**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MAHA JASTRAM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

NEXTERA ENERGY, INC., FLORIDA POWER & LIGHT COMPANY, JAMES ROBO, ERIC SILAGY and DAVID P. REUTER,

Defendants.

Case No. 9:23-cv-80833-AMC

CLASS ACTION

**LEAD PLAINTIFFS' UNOPPOSED MOTION**
**FOR LEAVE TO EXCEED PAGE LIMITATION**

Lead Plaintiffs, the City of Hollywood Police Officers' Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund ("Lead Plaintiffs"), on behalf of themselves and the proposed Settlement Class, respectfully move, pursuant to Local Rule 7.1(c)(2), for leave of Court to exceed the page limitation for their forthcoming Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Renewed Motion") under Fed. R. Civ. P. 23(e)(1). Lead Plaintiffs request an additional ten (10) pages, over the limitations set forth in the Local Rules, so that the memorandum in support of the Renewed Motion will not exceed a total of thirty (30) pages, double-spaced, using 12-point font.

In support, Lead Plaintiffs state that the additional pages are necessary to fully address each of the specific issues raised by the Court in the August 7, 2026 Order Following Hearing on Motion for Preliminary Approval of Class Action Settlement: Denying Motion Without Prejudice and Authorizing Refiling (ECF No. 137) (the "Order"). Lead Plaintiffs have undertaken substantial

additional efforts to address each of the issues raised in the Order and providing the Court with both the requested information and context, while additionally addressing the factors relevant to preliminary approval under Fed. R. Civ. P. 23(e), will require more than the twenty (20) pages allowed under Local Rule 7.1(c)(2). Defendants do not oppose the relief sought by this motion.

October 9, 2026

Respectfully submitted,

*/s/ Jeffrey C. Block*
**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob Walker (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
Mark Byrne (*pro hac vice*)
Nathan Abelman (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
jeff@blockleviton.com
jake@blockleviton.com
brendan@blockleviton.com
mark@blockleviton.com
nathan@blockleviton.com
(617) 398-5600 phone
(617) 507-6020 fax

*Counsel for Lead Plaintiffs Florida Retirement Funds and Lead Counsel for the Class*

*/s/ Robert D. Klausner*
**KLAUSNER, KAUFMAN, JENSEN & LEVINSON, P.A.**
Robert D. Klausner
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Florida Retirement Funds and Proposed Liaison Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of October, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Robert D. Klausner*
Robert D. Klausner

**CERTIFICATE OF CONFERRAL**

In accordance with Local Rule 7.1(a)(3), on October 9, 2026, counsel for Lead Plaintiffs and Defendants conferred and Defendants indicated that they do not oppose the relief sought in this motion.

*/s/ Robert D. Klausner*
Robert D. Klausner